Client: 000409
Matter: 000034
Invoice #: 284619

| Date | Work Performed | Empl | Hours |
|---|---|---|---|
| 10/02/2001 | Extended telephone conference with Mr. Sullivan re transfer motions and status of discovery; review numerous protective orders; telephone conference with Mr. Miller re procedure for review and execution of same and for review of documents on October 4; email to Mr. Goldman; letter to Mr. Miller; delivery of orders and meeting with Mr. Miller re same; telephone conference with Mr. Vlahos; memorandum to file. | PMK | 4.00 |
| 10/03/2001 | Receipt and review of order from court in case 3:01-1040 extending time until October 29, 2001 to complete service of process. | PMK | 0.20 |
| 10/03/2001 | Draft letter to Mr. Busch re the Court not ordering documents to be produced in Nashville and other discovery matters; commencement of draft of second letter to Mr. Busch re the inadequacy of his draft responses; continued review of Plaintiffs' interrogatory responses. | PMK | 4.00 |
| 10/03/2001 | PACER search to update 0412 docket and 0703 docket; search for Order in 0703 regarding 9/24/01 conference. | PAA | 0.20 |
| 10/04/2001 | Review of tape of hearing on September 24, 2001; draft and detailed editing of letter to Mr. Busch re that hearing and other discovery matters; telephone conference with Mr. Mayer; telephone conference with Mr. Goldman; emails of draft letter to Mr. Mayer and Mr. Goldman; telephone conference with Mr. Vlahos; telephone conference with Jeff Miller of King & Ballow re his not having shown today and he saying he only got authority from Busch to come to our office to review the documents this afternoon; he'll examine them on Monday, October 8, 2001 or let me know if Busch tells him to come on October 5; I advised we can do so on October 5; memorandum to file; continued draft of lengthy letter re inadequacies to Busch's responses to our discovery. | PMK | 6.00 |
| 10/04/2001 | PACER search and update 0703 docket. | PAA | 0.20 |
| 10/05/2001 | PACER search to update 0703 docket. | PAA | 0.10 |
| 10/06/2001 | Receipt and review of email and counsel chart from Mitchell, Silberberg & Knupp. | PMK | 0.35 |

REDACTED

Page 4

Client: 000409
Matter: 000034
Invoice #: 284619

| Date | Work Performed | Empl | Hours |
|---|---|---|---|
| 09/28/2001 | Long distance telephone conferences with Mr. Mayer; several telephone conferences with Ms. Nicole Harris re our production of documents to Plaintiffs; draft protective order in case 3:01-0703; draft stipulation notice to be utilized in the other 105 Universal defendant cases; draft email correspondence to Mr. Busch re protective order and stipulation; draft fax letter to Mr. Busch; draft second letter to Mr. Busch; receipt and attention to the amended complaints from King & Ballow; draft email correspondence review of portion of documents received from Ms. Harris (continued). | PMK | 7.00 |
| 09/28/2001 | (continued) several emails to Mitchell, Silberberg & Knupp attorneys meet with copy service personnel | PMK | 0.00 |
| 09/28/2001 | Pull 9/28/01 Order from USDC's website regarding filing procedures. | PAA | 0.30 |
| 10/01/2001 | Long distance telephone conference with Mr. Goldman re correspondence to go to Mr. Busch relating to discovery issues; review of protective order form; telephone conference with Mr. Sullivan; telephone conference with Mr. Vlahos review of Plaintiffs' interrogatory responses preparatory to drafting letter to Mr. Busch re inadequacies of same; receipt and attention to draft response brief re notice to compel from Mr. Vlahos; receipt and review of emails re same from label group and transfer motion sub-committee. | PMK | 3.50 |
| 10/01/2001 | Review of docket sheets of case nos. 412, 697, 703 and 706 for ruling on 9/24/01 conference. | PAA | 0.20 |
| 10/01/2001 | Assemble Stipulation and Order to be filed with Court. | PAA | 0.30 |
| 10/01/2001 | Correlate count number of Complaint with docket number and pull appropriate Amended Complaints to be forwarded via overnight delivery to Beth Fishbein; prepare correspondence to enclose with documents; coordinate with copy service to forward. | PAA | 1.30 |

REDACTED

32

Client: 000409
Matter: 000034
Invoice #: 284619

| Date | Work Performed | Empl | Hours |
|---|---|---|---|
| 10/08/2001 | Telephone conference with Mr. Sullivan; telephone conference with Mr. Miller re document production; conference call wtih Joint Defense Group; office conference with Mr. Miller re document production; draft letter for Mr. Miller to sign as acknowledgement re application of orders to all Universal Defendants; review of signed orders; three emails to Mr. Goldman and Ms. Harris re questions raised by Mr. Miller in the document production. | PMK | 4.25 |
| 10/08/2001 | PACER search regarding updates in 0703 lawsuit. | PAA | 0.10 |
| 10/08/2001 | Preparation of documents to be viewed by opposing counsel in document production and coordinate with copy facility. | PAA | 0.40 |
| 10/09/2001 | Receipt and review of telefaxe correspondence from Mr. Miller re Stipulations and Orders of Confidentiality. | PMK | 0.20 |
| 10/09/2001 | Receipt and review of JoAn Cho's email draft email correspondence an; review of Busch's list of requested addresses; receipt and review of Ms. Cho's response to prior email points; draft reply to Ms. Cho re same; review of indemnity letters received from Ms. Cho's offices; receipt and review of email correspondence from Ms. Benson email correspondence to Ms. Benson re same. | PMK | 2.50 |
| 10/09/2001 | PACER search to update docket 0703. | PAA | 0.20 |
| 10/10/2001 | Receipt and review of correspondence from Mr Bush regarding Scheduling Order. | PMK | 0.20 |
| 10/10/2001 | Conference call with Mr. Sullivan and Mr. Bowen; continued draft of discovery dispute letter to Mr. Busch and Motion to Compel specifics re interrogatory responses. | PMK | 3.00 |
| 10/10/2001 | PACER search regarding updates on 0703 docket. | PAA | 0.10 |
| 10/10/2001 | Organization of all amended complaints and additional Orders for the 106 cases; perform updated PACER searches; cull copies and start numbered indexes for all cases. | PAA | 3.20 |
| 10/11/2001 | PACER search to update 0703 docket. | PAA | 0.20 |

**REDACTED**

Client: 000409
Matter: 000034
Invoice #: 284619

| Date | Work Performed | Empl | Hours |
|---|---|---|---|
| 10/12/2001 | participation in label conference call re strategy to telephone conference with Mr. Sullivan; receipt and review of email correspondence from Ms. Everhart; receipt and review of plaintiffs' responses to our interrogatories and requests in the remaining thirteen cases; draft email correspondence to counsel and client re same. | PMK | 3.00 |
| 10/12/2001 | PACER search to update docket of 0703. | PAA | 0.10 |
| 10/15/2001 | Receipt and review of Plaintiffs' Motion For Leave to File Brief Exceeding Page Count. | PMK | 0.20 |
| 10/15/2001 | Receipt and review of Plaintiffs' Memorandum of Law In Support Of Motion to Compel. | PMK | 0.20 |
| 10/15/2001 | Receipt and review of Notices of Filing of Plaintiffs' Motion to Compel. | PMK | 0.20 |
| 10/15/2001 | Receipt and review of email correspondence from Mr. Sullivan and Ms. Everhart; email correspondence to Mr. Sullivan and Ms. Everhart; receipt and review of motion and memorandum to compel of Plaintiffs; participation in label conference call; telephone conference with Mr. Sullivan; long distance telephone conference with Mr. Mayer and Mr. David Steinberg telephone conference with Judge Brown's law clerk re the fact that we will be filing an opposition to Plaintiffs' motions to compel; receipt and review of the opinion in Cooper v. Sony Records; draft email status report to co-counsel and Ms. Cho; long distance telephone conference with Mr. Steinberg; memorandum to file; (continued). | PMK | 6.00 |
| 10/15/2001 | (continued) draft email correspondence to counsel and client | PMK | 0.00 |
| 10/15/2001 | PACER search to update 0703 docket sheet. | PAA | 0.20 |
| 10/15/2001 | Update pleadings and discovery notebooks. | PAA | 1.90 |

REDACTED

| Date | Work Performed | Empl | Hours |
|---|---|---|---|
| 10/16/2001 | Telephone conference with Mr. Sullivan; review of materials | PMK | 7.00 |
| | draft letters and motion to withdraw; several telephone calls with clerk's office re status of service of process memorandum to file; email correspondence with attached draft letter and motion to withdraw to Mr. Goldman and Ms. Cho; receipt and review of draft response to motion to compel from Ms. Everhart and email with attachment of same to Mr. Mayer and Mr. Steinberg; receipt and review of Akin Gump's draft Rule 9(b) memorandum; transmittal of same and email to Mr. Steinberg; (continued). | | |
| 10/16/2001 | (continued) receipt and review of revised proposed scheduling order; receipt and review of email correspondence from Ms. Cho          receipt and review of email from Ms. Cho          email correspondence to Ms. Cho and Mr. Goldman re status, experts, withdrawal issue. | PMK | 0.00 |
| 10/16/2001 | Research | MBL | 1.70 |
| 10/16/2001 | Review and analysis of numerous pleadings. | PAA | 3.90 |
| 10/17/2001 | Receipt and review of facsimile from Mr. Sullivan regarding motion to compel correspondence between Bowen Riley and King & Ballow. | PMK | 0.20 |
| 10/17/2001 | Receipt and comprehensive review and editing of Response in Opposition to Plaintiffs' Motion to Compel          telephone conference with Judge Brown's law clerk re status of when to file response in opposition and when Judge Brown will rule on Plaintiffs' motion to compel; receipt and review of draft memorandum in support of motion to dismiss and strike; long distance telephone conference with David Steinberg re same; emails to Mr. Steinberg          research on case law (          (continued). | PMK | 10.00 |
| 10/17/2001 | (continue) telephone conference with Mr. Mayer and emails to and from Mr. Goldman and Ms. Cho          receipt and review of revised draft of Memorandum in support of motion to dismiss/strike; draft notice to be filed in companion cases. | PMK | 0.00 |

**REDACTED**

Client: 000409
Matter: 000034
Invoice #: 284619

| Date | Work Performed | Empl | Hours |
|---|---|---|---|
| 10/17/2001 | PACER search for updates on 0703 docket. | PAA | 0.20 |
| 10/17/2001 | Complete indexing and tabbing case files 0703-0718. | PAA | 1.90 |
| 10/18/2001 | Draft and edit repsonse in opposition to Plaintiffs' Motion to Compel; numerous telephone calls with Mitchell Silberberg & Knupp personnel; emails to and from Mitchell Silberberg & Knupp; telephone conference memoranda to file. | PMK | 8.00 |
| 10/18/2001 | PACER Search to update 0703 docket. | PAA | 0.20 |
| 10/18/2001 | Continue indexing and filing of Orders, Amended Complaints and discovery in 93 cases. | PAA | 4.80 |
| 10/19/2001 | Numerous telephone conferences and emails to Mitchell Silberberg & Knupp attorneys re draft and edits to Response in Opposition to Plaintiffs' Motion to Compel; edits to same; telephone calls and emails to Ms. Cho re same; preparing same for filing; filing same with Judge Brown's office and clerk's office; numerous telephone conferences with Mitchell Silberberg & Knupp attorneys re the motions and memoranda to be filed October 22 to strike and dismiss; telephone conferences and emails with Ms. Benson re motion to transfer; editing of meet and confer letter to Mr. Busch. | PMK | 7.00 |
| 10/19/2001 | Research on motions to dismiss; memorandum to Mr. Kirkpatrick. | MBL | 6.50 |
| 10/19/2001 | Update 93 cases with docket sheets and Amended Complaints, prepare indeses for cases 0722 - 0780. | PAA | 4.20 |
| 10/20/2001 | Review, draft and editing of eleven versions of Motions to Dismiss and Strike and Supporting Memoranda for same. | PMK | 7.00 |
| 10/22/2001 | Review and editing ten base Motions and Memoranda to Dismiss, Strike or in the Alternative, for More Definite Statement; numerous telephone conferences with MS&K and Ms. Cho draft notices applicable to ten base cases re scheduling order; telephone conference with Mr. Milam, clerk. | PMK | 6.50 |
| 10/22/2001 | Continued preparation of notices, motions, memoranda and joinders with PMK relative to separate versions of briefs. | PAA | 5.90 |
| 10/22/2001 | Further review and continued update of 106 individual lawsuits, index of additional pleadings and organization of docket sheets and binders. | PAA | 4.80 |

REDACTED

Client: 000409
Matter: 000034
Invoice #: 284619

| Date | Work Performed | Empl | Hours |
|---|---|---|---|
| 10/23/2001 | Receipt and review of Defendant's Modification to Proposed Scheduling Order by AOL Time Warner Defendants. | PMK | 0.20 |
| 10/23/2001 | Review, editing and preparation for motion and memorandum to transfer; long distance telephone calls with Ms. Pat Benson review of all exhibits to Benson Declaration and redacting portions of same; telephone conference with Mr. Milam; finalize motion and memoranda to transfer; filing and serving same. | PMK | 6.00 |
| 10/24/2001 | Telephone conference with Mr. Sullivan re Orders on Motions to Compel; telephone conference with Judge Brown's office; long distance telephone call to Mr. Goldman and Ms. Cho re same; receipt and review of order; letter to Mr. Goldman and Ms. Cho re same and re appeal issue; telephone conference with Ms. Everhart; receipt and review to email correspondence from Mr. Pees re Scheduling Order and his discussion of Mr. Busch re same; receipt and review of Order re EMI. | PMK | 2.00 |
| 10/24/2001 | Receipt and review of Defendant Walt Disney Pictures' Notice of Filing of Declaration of Eric J. Petro. | PMK | 0.20 |
| 10/24/2001 | PACER search to update 0703 docket. | PAA | 0.20 |
| 10/24/2001 | Continued updates, organizing all individual cases. | PAA | 1.40 |
| 10/25/2001 | Receipt and review of correspondence from Mr. Busch re document production. | PMK | 0.20 |
| 10/25/2001 | Receipt and review of order from court granting in part and denying in part Plaintiffs' motion to compel. | PMK | 0.20 |
| 10/25/2001 | Receipt and review of order from court granting motion to be allowed to file response in excess of the 25 page limit. | PMK | 0.20 |
| 10/25/2001 | Preparation for filing of Agreed Order and coordinate with filing of copies. | PAA | 0.90 |
| 10/25/2001 | Continued preparation of files; organize and update dockets; maintenance of 0703 docket. | PAA | 4.30 |
| 10/26/2001 | Receipt and review of Chrylsalis Music's motion for enlargement of time within which to file responsive pleading. | PMK | 0.20 |
| 10/26/2001 | PACER search to update 0703 docket sheet. | PAA | 0.20 |
| 10/26/2001 | Preparation for filing of extensive pleadings; continued updates of case logs and forwarding of file stamped pleadings to all counsel of record. | PAA | 4.90 |

**REDACTED**

Client: 000409
Matter: 000034
Invoice #: 284619

| Date | Work Performed | Empl | Hours |
|---|---|---|---|
| 10/29/2001 | Telephone conference with Mr. Mayer; receipt and review of plaintiffs' Motion and Memorandum for Partial Reconsideration and editing same; participation in label conference call; telephone conference with Bob Sullivan; telephone conference with Judge Brown's law clerk; memorandum to file; draft letter to Mr. Busch in response to his letter of October 22 re discovery response of plaintiffs; | PMK | 2.50 |
| 10/29/2001 | PACER search and update 0703 docket; attention to files to continue update of additional filings by Plaintiffs and various Defendants. | PAA | 1.20 |
| 10/30/2001 | Telephone conference with Mr. Sullivan; receipt and review of emails from label group participants. | PMK | 1.50 |
| 10/31/2001 | PACER search regarding update of 703 docket. | PAA | 0.10 |
| 10/31/2001 | Preparation of Notices, Motions, Memoranda and Joinders of PMK relative to separate versions of briefs to be filed and coordinate logistics. | PAA | 3.50 |
| 11/01/2001 | Receipt and review of email correspondence re the Scheduling Order and list of Universal entitites; telephone confernece with Mr. Pees; telephone conference with Mr. Goldman's office; telephone conference wtih Mr. Ben Harrison, counsel for George Clinton; memorandum to file; telephone conference with Ms. Everhart draft email correspondence to Mr. Goldman | PMK | 2.00 |
| 11/02/2001 | Two telephone conferences with Mr. Sullivan; conference call with Mr. Sullivan and Ms. Everhart re hearing on Scheduling Order and re status of Busch's latest changes to Scheduling Order; two telephone conferences with Ms. Everhart; email correspondence to and from Mr. Goldman; memorandum to file. | PMK | 2.00 |
| 11/02/2001 | PACER search to update 0703 docket. | PAA | 0.20 |
| 11/05/2001 | Receipt and review of Plaintiffs' Response to Motion to Dismiss and Statement of Facts of N-The Water Publishing. | PMK | 0.20 |
| 11/05/2001 | Receipt and review of corresopndence from attorney Rothschild to Mr. Busch re discovery and expert disclosures dates. | PMK | 0.20 |
| 11/05/2001 | Receipt and review of Corporate Disclosure Statement for Defendant Capitol Records, Inc. | PMK | 0.20 |

REDACTED

| Date | Work Performed | Empl | Hours |
|---|---|---|---|
| 11/05/2001 | Extended conference with Mr. Sullivan; review of two court orders; extensive telephone conference with Ben Harrison, counsel for George Clinton; preparation for and participation in label conference call; long distance telephone conferences to MS&K; telephone conference with Mr. Steinberg and Mr. Mayer; emails to MS&K; review of draft discovery to plaintiffs from MS&K | PMK | 6.00 |
| 11/05/2001 | USDC website search to locate and copy 10/24/01 Order in Case 0703 regarding Plaintiff's Motion to Compel and deadlines. | PAA | 0.20 |
| 11/05/2001 | Analysis of judge's ruling to deny motions to transfer cases; pull copies of Orders from USDC website. | PAA | 0.40 |
| 11/06/2001 | Review, draft and editing of second set of interrogatories and requests for production to Plaintiffs; emails to MS&K telephone conference with Mr. Goldman, Ms. Benson and Ms. Steinberg; telephone conferences with Mr. Sullivan and Ms. Everhart; review of numerous sets of interrogatories and requests | PMK | 5.00 |
| 11/06/2001 | Research | MBL | 4.00 |
| 11/06/2001 | PACER searches of 0412 and additional 20 lawsuits regarding issuance of summons and possible returns on 12 Defendants we do not represent in order to withdraw from cases; prepare memo to file regarding findings; telephone call to USDC clerk regarding additional cases and summons not issued. | PAA | 1.60 |
| 11/06/2001 | Preparation and coordination for filing of Defendant's Second Set of Interrogatories and Requests for Production of Documents. | PAA | 2.60 |
| 11/07/2001 | Telephone conference with Nicole Harris; telephone conference to Marc Mayer; review, editing and signing of numerous sets of interrogatories and requests for production. | PMK | 7.00 |
| 11/07/2001 | PACER search on Case 0703 to update docket. | PAA | 0.10 |
| 11/07/2001 | Prepare and assembly of Defendant's Second Set of Interrogatories and Requests for Production of Documents to majority of 106 cases; organize and forward to opposing counsel. | PAA | 4.50 |
| 11/07/2001 | Organized filed notices of Motion to Strike or Dismiss. | VLS | 0.20 |

REDACTED

Client: 000409
Matter: 000034
Invoice #: 284619

| Date | Work Performed | Empl | Hours |
|---|---|---|---|
| 11/16/2001 | Receipt and review of correspondence from Mr. Busch re multitrack masters. | PMK | 0.20 |
| 11/16/2001 | Receipt and review of numerous emails from MS&K counsel; responses thereto; continue drafting of memorandum telephone call and email with Ms. Conway; extended telephone conference with ownership committee; telephone conferences with Mr. Steinberg; telephone conferences and emails to Mr. Brian Ross re answers and review and corrections to Mr. Mayer's chart. | PMK | 7.00 |
| 11/16/2001 | Telephone call to USDC clerk regarding obtaining correct Order Denying Transfer to attach to Writ of Mandamus; coordinate document production. | PAA | 0.40 |
| 11/16/2001 | Telephone calls to MSK _____ document production. | PAA | 0.20 |
| 11/18/2001 | Receipt and review of email from Ms. Benson; email to Ms. Benson; review of U.S.C.A. for Southern District of Florida re subpoena for Production to Mr. Montes; email to Ms. Conway re address information and logistics for service of the subpoena. | PMK | 0.75 |
| 11/19/2001 | Receipt and review of email correspondence from Mr. Railo; email correspondence to Mr. Railo _____ participation in extended joint defnse conference call; participation in extended multi-track master conference call; continued draft and editing memo re the meeting with the Clinton attorneys; emails to and from Brian Ross re his questions about some specific Answers; email correspondence to and from Ms. Cho; email correspondence to and from Ms. Conway. | PMK | 5.00 |
| 11/20/2001 | Receipt and review of email correspondence from Ms. Conway email to Mr. Goldman and Ms. Benson; editing of Memorandum to ownership committee; email correspondence to and from Ms. Benson; telephone call to Mr. Jeff Miller re production of documents; long distance telephone conference with Ms. Janet Conway; long distance telephone conference with Ms. Ilene Goldberg; telephone conference from Mr. Brian Ross re answer issues; telephone conference with Mr. Sullivan. | PMK | 2.50 |
| 11/20/2001 | Conference with Mr. Kirkpatrick re writ of mandamus. | MBL | 0.20 |

REDACTED

40

Client: 000409
Matter: 000034
Invoice #: 284619

| Date | Work Performed | Empl | Hours |
|---|---|---|---|
| 11/13/2001 | Research on writ of mandamus; conference with Mr Kirkpatrick. | MBL | 0.20 |
| 11/13/2001 | PACER search to update 0412 docket and docket discovery deadlines from Scheduling Order. | PAA | 0.20 |
| 11/13/2001 | Telephone calls to USDC clerk to obtain copy of 0765 Order Denying Motion to Transfer. | PAA | 0.20 |
| 11/14/2001 | Review of materials in preparation for meeting with attorneys for George Clinton | PMK | 5.50 |
| | email correspondence to David Steinberg reply to Plaintiff's Response in Opposition to Our Motion to Dismiss TCPA claims; review of the opposition; review of Rule 60 papers received from Clinton's counsel; email correspondence to Mr. Goldman telephone conference with law clerk for Judge Brown re format for Motion to Compel; telepone conference with Mr. Mayer re same; memorandum to file. | | |
| 11/14/2001 | PACER search to locate USDC case in Florida; telephone call to USDC clerk in Tallahassee to obtain copy of Judgment Order. | PAA | 0.40 |
| 11/14/2001 | Telephone call from USDC clerk regarding obtaining 0765 Order. | PAA | 0.20 |
| 11/14/2001 | File maintenance and updating of individual lawsuits. | PAA | 1.30 |
| 11/15/2001 | Review of file materials in connection with withdrawal motion. | PMK | 7.00 |
| | telephone conferences with Mr. Steinberg; receipt and review of order granting our motion to dismiss the TCPA claims; emails to and from Ms. Cho; emails to MS&K re discovery to propound; long distance telephone conference with Ms. Nicole Harris re documents to be delivered tomorrow for production; two telephone conferences with attorney Jeff Miller at King & Ballow re their production as well as ours; review of portion of voluminious exhibits to Clinton's Rule 60 papers. | | |
| 11/15/2001 | PACER search to locate Order dismissing TCPA claim and copy and forward to clients; conference with PMK regarding case status and strategy; Internet search to locate Defendants not currently represented in any claim; update subfile for 3:01-0703 lawsuit; continued file maintenance; review Order denying Motion to Transfer and docket | PAA | 2.80 |

**REDACTED**

Client: 000409
Matter: 000034
Invoice #: 284619

| Date | Work Performed | Empl | Hours |
|---|---|---|---|
| 11/20/2001 | Update 0703 docket, 0706 docket and 0711 docket; continue file maintenance; prepare for filing of 89 Answers on 11/21/01. | PAA | 1.60 |
| 11/21/2001 | Receipt and review of 89 Answers and edit as necessary; long distance telephone conference with Brian Ross; telephone conference with clerk Roger Milam; letter to Mr. Gaines; letter to Mr. Miller; letter to Mr. Busch and Ms. Davis; telephone conference with Ms. Cho; receipt and review of draft letter from Ms. Everhart re multi-track masters in email; telephone conferences re edits to same; email to joint defense group with memorandum re meeting on November 14, 2001 with Clinton attorneys. | PMK | 6.50 |
| 11/21/2001 | PACER search to update 0703 docket analysis of FRAP regarding filing procedures for Writ of Mandamus; telephone U.S. Sixth Circuit Court of Appeals clerk to confirm cover pages of Mandamus; coordinate with copy service for filing copies to be produced; telephone call to USDC clerk regarding paper conforming to local rules; preparation of original and file copies of Answers with copies for opposing counsel to be filed and served. | PAA | 5.90 |
| 11/26/2001 | Receipt and thorough review of the draft writ of mandamus; long distance telephone conference with Ms. Benson re comments and suggestions; participation in label defense conference call; memorandum to file; telephone conference from counsel for Songs of All Nations; memorandum to file. | PMK | 3.00 |
| 11/26/2001 | Review of proposed Memorandum and Brief. | MRE | 0.60 |
| 11/27/2001 | Receipt and review of Amended Complaints in six cases. | PMK | 0.20 |
| 11/27/2001 | email to Ms. Cho and Mr. Goldman re same; email to Ms. Benson telephone conference with Claudius Gaines; email from Mr. Goldman telephone conference with Mr. Miller of King & Ballow re productions for November 30 at 10:00 a.m. re Songs of all Nations; memorandum to file re same; email to Ms. Cho and Mr. Goldman | PMK | 2.25 |
| 11/27/2001 | Receipt and review of correpsondence from Mr. Leonard Green to Judge Campbell re filing of Writ of Mandamus and response date. | PMK | 0.20 |

**REDACTED**

Client: 000409
Matter: 000034
Invoice #: 284619

| Date | Work Performed | Empl | Hours |
|---|---|---|---|
| 11/27/2001 | Receipt and review of Motion and Memorandum for Review of and Objections to Magistrate's Ruling on Motion for Partial Consideration from King & Ballow. | PMK | 0.20 |
| 11/27/2001 | PACER search regarding service of Amended Complaint on 0884; update docket sheet of 0884; forward all findings to Brian Ross; research and compute time running to serve per FRCP 4(m). | PAA | 0.50 |
| 11/28/2001 | Receipt and review of emails from Ms. Benson and Mr. gaines re Writ preparation; telephone conferences with Mr. Goldman and conference call with Mr. Goldman and Ms. Fischbein review of portion of final draft of Writ; preparation of certificate of service; review of exhibits to motion to transfer and of memorandum telephone conference with Mr. Steinberg re multi-track issue; draft letter to Mr. Busch re same; email to Mr. Goldman and Mr. Steinberg re call from Mr. Busch; receipt and review of voicemail from Mr. Sheldon. | PMK | 4.25 |
| 11/28/2001 | Update case files 829, 873, 879, 884, 903 and 1051 with Amended Complaints; docket response time; PACER search for 0765 docket and representation of Defendant Ain't Nuthin Goin On But Fu_kin; continued file maintenance. | PAA | 2.70 |
| 11/29/2001 | Final review and edits of writ; letter to sixth circuit court clerk; emails to Ms. Benson and Mr. Gaines receipt of numerous copies of appendix; preparation of certificate of service; receipt and review of emails from Mr. Goldman, Ms. Harris, Ms. Benson and Mr. Steinberg; signing Writ, serving same and forwarding via overnight to 6th Circuit; telephone conference with copy service in Los Angeles re Clinton documents. | PMK | 3.50 |
| 11/29/2001 | PACER search to update 703 docket coordinate, copy and assemble Writ of Mandamus with Appendix to Sixth Circuit Court of Appeals. | PAA | 3.80 |
| 11/30/2001 | Receipt and review of Orders denying Motion to Dismiss. | PMK | 0.20 |

REDACTED

| Date | Work Performed | Empl | Hours |
|---|---|---|---|
| 11/30/2001 | Telephone conference with Jeff Miller of King & Ballow; two telephone conferences wtih Nicole Harris re our production and litigation files; review a portion of plaintiffs' motion/memorandum to compel re litigation files; review documents contained in box 7 of 7; receipt and review of email correspondence from Ms. Harris re removal of certain documents based on plaintiffs' limitation of request and/or work product; two telephone conferences with Mr. Goldman; receipt and review of email correspondence | PMK | 3.00 |
| 11/30/2001 | Prepare for document production. | PAA | 0.40 |
| 11/30/2001 | USDC website search for Scheduling Order; docket discovery dates. | PAA | 0.40 |
| 11/30/2001 | Telephone call to Sixth Circuit clerk to confirm receipt of Writ of Mandamus and assignment of docket number. | PAA | 0.20 |

Total Hours 330.70    Total Fees $60,724.50

## TIMEKEEPER SUMMARY

| Timekeeper | | | Time | Rate | Amount |
|---|---|---|---|---|---|
| BMF | Bethanie M. Feliciano | Paralegal | 9.00 | $100.00 | $900.00 |
| MBL | Mary B. Langford | Associate | 12.90 | $185.00 | $2,386.50 |
| MRE | M. Reid Estes, Jr. | Partner | 0.60 | $225.00 | $135.00 |
| PAA | Patricia A. Arnold | INACTIVE TIMEKEEPER | 95.80 | $100.00 | $9,580.00 |
| PMK | Philip M. Kirkpatrick | Partner | 0.20 | $0.00 | $0.00 |
| PMK | Philip M. Kirkpatrick | Partner | 212.00 | $225.00 | $47,700.00 |
| VLS | Vicki L. Schmidt | Paralegal | 0.20 | $100.00 | $20.00 |

## LIST OF EXPENSES

| | | |
|---|---|---|
| 09/14/2001 | Federal Express - overnight delivery to Jeff Goldman @ Mitchell Silberberg & Knupp. | $16.03 |
| 09/17/2001 | Long Distance Telephone Calls | $9.07 |
| 09/17/2001 | Long Distance Telephone Calls | $12.03 |
| 09/17/2001 | Professional Reprographics - straight run copies | $36.95 |
| 09/20/2001 | Photocopies | $0.10 |

REDACTED

## LIST OF EXPENSES

| Date | Description | Amount |
|---|---|---|
| 09/20/2001 | Photocopies. | $0.10 |
| 09/20/2001 | Photocopies | $0.30 |
| 09/21/2001 | Photocopies | $2.41 |
| 09/24/2001 | Long Distance Telephone Calls. | $6.11 |
| 09/24/2001 | Photocopies. | $4.80 |
| 09/25/2001 | Chad Bahr - Mileage to and from Federal Court to pick-up tape (2 miles @ $.345 per mile). | $0.69 |
| 09/26/2001 | Professional Reprographics - copies of discovery requests. | $40.28 |
| 09/26/2001 | Photocopies | $0.20 |
| 09/27/2001 | Long Distance Telephone Calls. | $4.26 |
| 09/28/2001 | Federal Express - overnight delivery to Marc E. Mayer @ Mitchell Silberberg & Knupp. | $59.15 |
| 09/28/2001 | Federal Express - overnight delivery to Marc E. Mayer @ Mitchell Silberberg & Knupp. | $98.67 |
| 09/28/2001 | Long Distance Telephone Calls. | $12.40 |
| 09/28/2001 | Photocopies. | $7.40 |
| 09/29/2001 | Federal Express - overnight delivery to Marc E. Mayer @ Mitchell Silberberg & Knupp. | $168.20 |
| 09/29/2001 | Federal Express - overnight delivery to JoAn Cho @ Mercury Records. | $247.12 |
| 09/30/2001 | Pacer Service Center - computerized legal research (4,651 pages @ $.07 per page). | $325.57 |
| 10/02/2001 | Photocopies. | $0.40 |
| 10/03/2001 | Long Distance Telephone Calls | $1.30 |
| 10/03/2001 | Photocopies. | $1.40 |
| 10/03/2001 | Photocopies. | $10.00 |
| 10/03/2001 | Photocopies | $0.40 |
| 10/04/2001 | Photocopies. | $0.40 |
| 10/08/2001 | Long Distance Telephone Calls | $1.30 |
| 10/08/2001 | Photocopies. | $0.20 |
| 10/15/2001 | Long Distance Telephone Calls. | $19.25 |
| 10/15/2001 | Photocopies. | $3.60 |
| 10/16/2001 | Photocopies | $0.20 |

LIST OF EXPENSES

| Date | Description | Amount |
|---|---|---|
| 10/16/2001 | Photocopies. | $1.10 |
| 10/16/2001 | Photocopies. | $0.10 |
| 10/16/2001 | Photocopies | $0.10 |
| 10/16/2001 | Photocopies. | $0.20 |
| 10/17/2001 | Long Distance Telephone Calls. | $4.63 |
| 10/17/2001 | Photocopies. | $1.00 |
| 10/17/2001 | Photocopies. | $1.10 |
| 10/18/2001 | Long Distance Telephone Calls. | $14.62 |
| 10/19/2001 | Philip M. Kirkpatrick - Parking. | $1.50 |
| 10/19/2001 | Long Distance Telephone Calls | $13.88 |
| 10/19/2001 | Photocopies | $34.00 |
| 10/19/2001 | Photocopies. | $18.00 |
| 10/19/2001 | Photocopies. | $6.00 |
| 10/19/2001 | Photocopies. | $20.00 |
| 10/19/2001 | Photocopies | $0.50 |
| 10/19/2001 | Photocopies. | $1.20 |
| 10/19/2001 | Photocopies | $0.10 |
| 10/19/2001 | Photocopies. | $0.70 |
| 10/19/2001 | Photocopies. | $0.10 |
| 10/19/2001 | Photocopies | $0.90 |
| 10/20/2001 | Photocopies | $0.10 |
| 10/20/2001 | Photocopies. | $0.10 |
| 10/20/2001 | Photocopies. | $3.60 |
| 10/20/2001 | Photocopies. | $0.70 |
| 10/20/2001 | Photocopies. | $0.10 |
| 10/22/2001 | Long Distance Telephone Calls. | $7.59 |
| 10/22/2001 | Photocopies. | $1.10 |
| 10/22/2001 | Photocopies. | $1.30 |
| 10/23/2001 | Photocopies. | $2.20 |
| 10/23/2001 | Photocopies. | $9.00 |
| 10/23/2001 | Photocopies. | $0.80 |

## LIST OF EXPENSES

| Date | Description | Amount |
|---|---|---|
| 10/23/2001 | Photocopies | $0.20 |
| 10/23/2001 | Photocopies | $20.00 |
| 10/23/2001 | Photocopies | $9.50 |
| 10/23/2001 | Photocopies | $15.50 |
| 10/23/2001 | Photocopies | $1.30 |
| 10/24/2001 | Long Distance Telephone Calls | $5.37 |
| 10/31/2001 | Federal Express - overnight delivery to JoAn Cho | $24.45 |
| 10/31/2001 | Federal Express - overnight delivery to Jeff Goldman | $24.45 |
| 10/31/2001 | Photocopies | $0.30 |
| 11/05/2001 | Long Distance Telephone Calls | $9.07 |
| 11/05/2001 | Photocopies | $0.60 |
| 11/05/2001 | Photocopies | $0.30 |
| 11/05/2001 | Photocopies | $0.10 |
| 11/06/2001 | Photocopies | $0.20 |
| 11/06/2001 | Photocopies | $60.00 |
| 11/06/2001 | Photocopies | $19.50 |
| 11/06/2001 | Photocopies | $1.80 |
| 11/07/2001 | Long Distance Telephone Calls | $1.30 |
| 11/07/2001 | Photocopies | $0.40 |
| 11/07/2001 | Photocopies | $0.90 |
| 11/07/2001 | Photocopies | $9.30 |
| 11/07/2001 | Photocopies | $52.30 |
| 11/07/2001 | Photocopies | $26.00 |
| 11/07/2001 | Photocopies | $1.20 |
| 11/07/2001 | Photocopies | $0.30 |
| 11/07/2001 | Photocopies | $51.60 |
| 11/07/2001 | Photocopies | $0.40 |
| 11/07/2001 | Photocopies | $1.20 |
| 11/07/2001 | Photocopies | $51.90 |
| 11/07/2001 | Photocopies | $11.90 |
| 11/07/2001 | Photocopies | $75.30 |

Client: 000409  
Matter: 000034  
Invoice #: 284619

LIST OF EXPENSES

| Date | Description | Amount |
|---|---|---|
| 11/07/2001 | Photocopies | $0.20 |
| 11/07/2001 | Photocopies | $0.10 |
| 11/08/2001 | Photocopies | $0.30 |
| 11/08/2001 | Photocopies | $0.60 |
| 11/10/2001 | Photocopies | $0.30 |
| 11/10/2001 | Photocopies | $2.20 |
| 11/10/2001 | Photocopies | $2.50 |
| 11/10/2001 | Photocopies | $2.20 |
| 11/13/2001 | Long Distance Telephone Calls | $11.66 |
| 11/14/2001 | Photocopies | $0.50 |
| 11/15/2001 | Long Distance Telephone Calls | $2.41 |
| 11/15/2001 | Photocopies | $0.20 |
| 11/15/2001 | Photocopies | $2.50 |
| 11/15/2001 | Photocopies | $28.60 |
| 11/16/2001 | Photocopies | $0.20 |
| 11/16/2001 | Photocopies | $3.10 |
| 11/18/2001 | Photocopies | $0.10 |
| 11/19/2001 | Photocopies | $14.30 |
| 11/19/2001 | Photocopies | $0.30 |
| 11/21/2001 | Postage | $64.92 |
| 11/21/2001 | Photocopies | $1.90 |
| 11/21/2001 | Photocopies | $0.20 |
| 11/26/2001 | Long Distance Telephone Calls | $16.39 |
| 11/27/2001 | Photocopies | $0.20 |
| 11/28/2001 | Long Distance Telephone Calls | $9.81 |
| 11/28/2001 | Photocopies | $0.10 |
| 11/28/2001 | Photocopies | $3.70 |
| 11/28/2001 | Photocopies | $0.90 |
| 11/28/2001 | Photocopies | $0.20 |
| 11/28/2001 | Photocopies | $0.10 |

Client: 000409
Matter: 000034
Invoice #: 284619

### LIST OF EXPENSES

| Date | Description | Amount |
|---|---|---|
| 11/29/2001 | U.S. Court of Appeals for the Sixth Circuit - filing fee for Writ of Mandamus. | $100.00 |
| 11/29/2001 | Photocopies. | $41.00 |
| 11/29/2001 | Photocopies. | $0.30 |
| 11/29/2001 | Photocopies. | $4.10 |
| 11/29/2001 | Photocopies. | $1.20 |

Total Expenses  $2,036.92

Total Current Invoice  $62,758.42
TOTAL AMOUNT DUE  $62,758.42

# STEWART, ESTES & DONNELL

ATTORNEYS AT LAW
SUNTRUST CENTER, 14TH FLOOR
424 CHURCH STREET
NASHVILLE, TENNESSEE 37219-2392
TELEPHONE (615) 244-6538
TELECOPIER (615) 256-8386
FEDERAL TAX ID NO. 62-0947036

Universal Music Group
Attn: JoAn Cho
2220 Colorado Avenue
Santa Monica, CA 90404

January 15, 2002
Page #: 1
Client:   000409
Matter:  000034
Invoice #: 284831

RE: Bridgeport Music v. MCA Records, et al.
File No: 501-188/0409.0034

For Legal Services Rendered in Connection with the above Matter:

| | |
|---|---|
| Fees: | $30,888.50 |
| Expenses: | $1,153.73 |
| Total Fees and Expenses Due this Statement: | $32,042.23 |
| **Total Amount Due:** | $32,042.23 |

PLEASE RETURN THIS STATEMENT COVER
WITH YOUR PAYMENT TO ENSURE PROPER CREDIT TO YOUR ACCOUNT