Client: 000409
Matter: 000034
Invoice #: 285281

| Date | Work Performed | Empl | Hours |
|---|---|---|---|
| 01/24/2002 | (continued) telephone conference with Ms. McDonald; receipt and review of email correspondence from Ms. Everhart receipt and review of plaintiffs' motion to have multi-track masters (copies) delivered by February 2, 2002 and enforce agreed order against non-major defendants; review of default orders and orders denying defaults; long distance telephone conference with Mr. Goldman's office and Mr. Steinberg's office; receipt and attention to six boxes of documents and transmittal of copy of same to MS&K. | PMK | 0.00 |
| 01/24/2002 | PACER search to update 0703 docket. | PAA | 0.20 |
| 01/24/2002 | Telephone call from USDC clerk regarding 0883 and Defendant Rondor Music and Defendant Almo; receipt and review of Plaintiff's discovery responses and forward to client. | PAA | 1.00 |
| 01/25/2002 | Telephone conference with David Steinberg; telephone conference with Ms. Everhart two telephone conferences with Mr. Sullivan; review of Agreed Order re multi-tracks; commence procedure for review of motions for default and actions on of court thereon. | PMK | 1.50 |
| 01/25/2002 | PACER search of all severed cases to prepare memorandum re which Defendants Plaintiffs have moved against for default. | PAA | 2.00 |
| 01/28/2002 | Receipt and review of notices of filing from Mr. Busch. | PMK | 0.20 |
| 01/28/2002 | Receipt and review of letter | PMK | 0.20 |
| 01/28/2002 | Receipt and review of correspondence | PMK | 0.20 |
| 01/28/2002 | Telephone calls with Mr. Sullivan; long distance telephone conference with Mr. Steinberg; participation in label conference call; long distance telephone conference with Mr. Jim Arnet, counsel for Gifted Pearl; email to Ms. Cho re same; review of file in case 0883; long distance telephone call to Mr. Goldman comphrensive review of ownership documents received from Plaintiffs; telephone conference with attorney Joel Galenter re case 1137. | PMK | 2.50 |

REDACTED

Client: 000409
Matter: 000034
Invoice #: 285281

| Date | Work Performed | Empl | Hours |
|---|---|---|---|
| 01/28/2002 | Continue PACER search of all 476 severed cases where Plaintiff has moved for default judgment against certain Defendants; prepare listing of all cases and indications of Defendants listed for default. | PAA | 6.20 |
| 01/29/2002 | Receipt and review of plaintiffs' motion for reconsideration of orders denying motions for default and dismissing cases and memorandum in support; two telephone calls with Mr. Steinberg re plaintiffs' motion for supplement to January 15, 2002 order; draft memorandum to Mr. Steinberg re the October 24, 2001 order to compel and Bush's pending motion to supplement; draft detailed email correspondence to Ms. Cho calls with Mr. Sullivan. | PMK | 3.00 |
| 01/29/2002 | Continue PACER searches for default Defendants and list in table form. | PAA | 2.80 |
| 01/30/2002 | Receipt and attention to emails from Ms. Cho, Mr. Mayer; review and editing of response of Universal Defendants to Plaintiffs' Motion to Supplement the order of January 25, 2002; receipt and review of emails from Mr. Sullivan and Ms. Everhart receipt and review of email from Ms. Benson Ms. Cho filing and serving Response to Plaintiff's Motion to Supplement; draft detailed email to Ms. Cho and MS&K detailed email to co-counsel | PMK | 4.50 |
| 01/30/2002 | Update 0715 docket from PACER; pull most recent five Orders from USDC's website index for review; receipt and review of Notices regarding compliance Order; continue analysis of the last 136 cases for any motions by Plaintiff to default Defendants and update listing. | PAA | 2.80 |
| 01/31/2002 | Receipt and review of correspondence from David Steinberg to Mr. Busch regarding multi-track tape production deadline of February 4, 2002. | PMK | 0.20 |

**REDACTED**

Client: 000409
Matter: 000034
Invoice #: 285281

| Date | Work Performed | Empl | Hours |
|---|---|---|---|
| 01/31/2002 | Receipt and review of three orders (denial of motion for clarification by defendants denial by Judge Campbell of Plaintiffs' motion to reconsider denial of defaults and entries of dismissals); two telephone conferences with David Steinberg; receipt and attention to letter from Amy Everhart conference call with Mr. Miller re agreement on extension to produce multi-tracks and for Plaintiffs and Universal to have an additional week within which to designate experts. | PMK | 3.00 |
| 01/31/2002 | Complete the analysis of the 476 cases for default Defendants and complete the table. | PAA | 3.60 |
| 02/01/2002 | Draft email to Ms. Cho and co-counsel participation in conference call with joint defense group receipt and attention to email from Ms. Everhart; receipt and review of email from Michael Mervis; receipt and attention to email from Ms. Cho and Mr. Steinberg; draft letter to Mr. Miller re agreement for joint extensions; email of same to Mr. Steinberg; telephone conferences with Mr. Steinberg re same; letter to Mr. Sullivan; letter to Mr. Goldman transmitting CDs. | PMK | 4.00 |
| 02/01/2002 | Drafting and preparing Notices of Response to Plaintiff's Motion to Supplement the Court's 01/05/02 Order. | PAA | 2.60 |
| 02/04/2002 | Receipt and review of orders in case nos. 3:01-0703, 0704 and 903 transferring case to Judge Higgins. | PMK | 0.20 |
| 02/04/2002 | Receipt and review of correspondence from Mr. Busch re available additional documents that supplement the general production being available immediately for inspection at King & Ballow. | PMK | 0.20 |
| 02/04/2002 | Receipt and review of faxed signed Acknowledgement Agreement by Jeffrey Miller re the multi-track masters production. | PMK | 0.20 |
| 02/04/2002 | Preparation for participation in joint defense conference call | RHB | 1.00 |

REDACTED

Client: 000409
Matter: 000034
Invoice #: 285281

| Date | Work Performed | Empl | Hours |
|---|---|---|---|
| 02/04/2002 | Telephone calls to Amy Everhart regarding filing of Notices to accompany Motion for Summary Judgment and exhibits; analysis of exhibit listing Universal entities and proof; analysis of listing of all case numbers; attend label conference call; contact with counsel regarding case charges and status of discovery requests. | PAA | 4.80 |
| 02/05/2002 | PACER search and website search for USDC to update case dockets, copy Orders and file update to reassignment of cases to senior judge; telephone calls to opposing counsel and co-defense counsel regarding Motion for Summary Judgment and all case notices, coordinate obtaining of multi-track masters and additional discovery. | PAA | 2.90 |
| 02/06/2002 | Coordinate with California counsel on documentation regarding Prince lawsuits; update docket 0703 from PACER search; review Orders on reassignment; telephone calls to co-defense counsel | PAA | 3.90 |
| 02/07/2002 | Receipt and review of numerous orders transmitting cases to Judge Higgins and orders granting the Universal Defendants' motions to compel. | PMK | 0.20 |
| 02/07/2002 | PACER search regarding Prince's cases 714, 783 and 1099 regarding dismissal PACER search to update 0703; telephone calls to JoAnn Cho | PAA | 1.20 |
| 02/08/2002 | Receipt and review of Defendants' motion for partial summary judgment and accompanying memorandum of law. | PMK | 0.20 |
| 02/08/2002 | Receipt and review of additional documents in Prince lawsuits; review of dockets. | PAA | 2.00 |
| 02/11/2002 | Receipt and review of faxed correspondence from Mr. Busch regarding discovery depositions. | PMK | 0.20 |
| 02/11/2002 | Review of recently received orders; participation in label conference call; two telephone calls with Ms. Harris extended conference with Roger Milam, clerk of court, re forthcoming stay orders and pre-trial procedure; draft email correspondence to label group; telephone conference with Mr. Goldman and Mr. Steinberg; telephone call from Mr. Sullivan. | PMK | 3.50 |
| 02/11/2002 | Research memorandum to Mr. Kirkpatrick. | MBL | 1.20 |

**REDACTED**

Client: 000409
Matter: 000034
Invoice #: 285281

| Date | Work Performed | Empl | Hours |
|---|---|---|---|
| 02/11/2002 | PACER search regarding update of 0703 docket; proceed to USDC's website and pull most recent Orders to update Order book and index; analysis of multi-tracks to be produced; coordinate filing of discovery; PACER search to update 0706 docket; preparation regarding PMK's label conference call. | PAA | 4.30 |
| 02/12/2002 | Telephone conference with Mr. Sullivan; receipt and review of two orders re status conference and stay; telephone conference with Mr. Steinberg; extended telephone call with court clerk Roger Milam re procedures per orders re stay of discovery; only one MS&K attorney to attend Columbia, Tennessee hearing and entry of orders in other cases; memorandum to file; participation in label conference call; draft and email    long distance telephone conference to Mr. Arnet's office; | PMK | 3.50 |
| 02/12/2002 | Long distance telephone conference with Jim Arnet; receipt and attention to email from Bob Sullivan re case 0945; receipt and attention to email from Ms. Everhart    participation in conference call for joint defense group; memorandum to file; telephone conferences with Ms. Everhart and Mr. Sullivan; receipt of email from Mr. Mervis. | PMK | 2.50 |
| 02/14/2002 | Receipt and review of emails from MS&K and Ms. Cho; emails to MS&K and Ms. Cho    telephone call from Mr. Sullivan; telephone call from Ms. Everhart.    telephone call with clerk of court Roger Milam re effect of stay orders via our ability to challenge defaults in the future. | PMK | 3.50 |
| 02/14/2002 | Search USDC website for any further Orders | PAA | 0.30 |
| 02/18/2002 | Review of voluminous orders received from the clerk of the court; telephone conference with Mr. Sullivan; participation in label conference call; receipt and review of Busch's expert disclosures; emails to co-counsel and Ms. Cho re same; email to attorneys Janet Conway and Ben Harrison re same; email to Mr. Sullivan re same; memorandum to file    receipt and review of correspondence from Jay Bowen to Judge Higgins. | PMK | 3.50 |
| 02/18/2002 |  | PAA | 0.20 |
| 02/18/2002 | PACER update of dockets 0703 and 0706. | PAA | 0.30 |

**REDACTED**

Client: 000409
Matter: 000034
Invoice #: 285281

| Date | Work Performed | Empl | Hours |
|---|---|---|---|
| 02/19/2002 | Review of denial of writ order and review of orders of January 30, 2002 re February 21 hearing; long distance telephone conference with David Steinberg; telephone conferences with Mr. Sullivan; conference call with Judge Brown's law clerk re the February 21, 2002 4:00 p.m. hearing and status as to same; telephone conference with Mr. Goldman two telephone calls with Mr. Steinberg two telephone conferences with Mr. Miller re same; conference call with Mr. Steinberg and Mr. Miller; draft two emails to Mr. Goldman, Ms. Cho and Mr. Steinberg re same. | PMK | 3.25 |
| 02/19/2002 | Three phone conferences with Mr. Miller re P&L/income statements; receipt and review of email from Mr. Gaines; receipt of emails from Mr. Steinberg; receipt of emails from Ms. Cho receipt and review of email from Paige Mills email to Mr. Steinberg; email to Ms. Benson; detailed email to Ms. Cho and co-counsel | PMK | 2.50 |
| 02/20/2002 | Review of plaintiffs' supplementary interrogatory responses in cases 0703 and 0706; several emails to and from Ms. Cho phone conferences with Jeff Miller; long distance telephone conference with Mr. Steinberg; conference call with Judge Brown's law clerk; two telephone calls with Mr. Sullivan; memorandum to file. | PMK | 3.50 |
| 02/21/2002 | Several telephone conferences with Jeff Miller re 4:00 p.m. hearing; long distance telephone conferences with Ms. Cho; long distance telephone conferences with Nicole Harris and David Steinberg; draft a joint statement; appearance by phone before Magistrate Judge for hearing; telephone conferences with Mr. Steinberg and Ms. Harris; telephone conference with Ms. Cho; review draft email re comments to supplemental written discovery responses; receipt and review of emails from Ms. Cho and from MS&K attorneys. | PMK | 6.00 |
| 02/22/2002 | Review and editing of supplementary responses to interrogatories; telephone conferences with Ms Harris re same; letter to Mr. Busch; telephone conference with Mr. Sullivan; receipt and review of emails from Ms. Harris and Mr. Gaines. | PMK | 2.50 |

**REDACTED**

Client: 000409
Matter: 000034
Invoice #: 285281

| Date | Work Performed | Empl | Hours |
|---|---|---|---|
| 02/25/2002 | Receipt and review of orders in 0703 and 0706 ordering defendants to produce synchronization licenses. | PMK | 0.20 |
| 02/25/2002 | Receipt and review of orders in cases 0703 and 0706 from Judge Higgins directing all pending motions to be referred to the Magistrate Judge for his consideration, report and recommendations as to dispositions. | PMK | 0.20 |
| 02/26/2002 | Telephone call with Mr. Sullivan; telephone call with Karen in Mr. Busch's office re new complaints being filed; memorandum to file. | PMK | 0.50 |
| 02/28/2002 | Telephone conference with Ms. Shelley DeMarco in Mr. Busch's office re new suits against Universal Defendants; memorandum to file. | PMK | 0.35 |
| 03/04/2002 | Receipt and review of expert reports in cases 0703, 0706 and 699; participation in joint defense conference call; emails to MS&K and Ms. Cho; letter to Ms. Cho and Mr. Goldman; telephone conference with Mr. Sullivan; telephone conference with Mr. Dundon, memorandum to file. | PMK | 2.50 |
| 03/05/2002 | Receipt and review of Notice of Appearance of Neal and Harwell and Motion of Defendant All Nations for Extension of Time to Respond to First Amended Complaint in case 0703. | PMK | 0.20 |
| 03/05/2002 | Receipt and review of telefax from Amy Everhart transmitting Plaintiff's Response to Defendants' Motion for Partial Summary Judgment. | PMK | 0.20 |
| 03/05/2002 | Receipt and review of newly filed complaints; email transmission of same to Ms. Cho and MS&K. | PMK | 0.50 |
| 03/06/2002 | Receipt and review of order from Court in case no. 0706 denying Defendants' Motion to File Motion, Supporting Memorandum and Proposed Amended Answer and Counterclaim Under Seal. | PMK | 0.20 |
| 03/07/2002 | Receipt and review of Plaintiff's Notice of Filing Original Declaration of Jane Peterer. | PMK | 0.20 |
| 03/07/2002 | PACER updates in Case Nos. 703 and 706 | PAA | 0.40 |

**REDACTED**

| Date | Work Performed | Empl | Hours |
|---|---|---|---|
| 03/08/2002 | Telephone conference with Mr. Sullivan; two telephone conferences with Ms. Everhart; telephone call to Roger Milam, clerk of court; two telephone calls with Ms. Pat Laverinni of Judge Higgins' office; three emails to MS&K; receipt and attention to email from Mr. Steinberg; letter to Mr. Goldman and Ms. Cho with voluminous enclosures re motion for partial summary judgment of Plaintiffs. | PMK | 3.00 |
| 03/08/2002 | Update case no. 703 and 706 dockets, index and file. | PAA | 0.70 |
| 03/09/2002 | Review of Plaintiffs' Memorandum in Support of Motion for Partial Summary Judgment and Statement of Undisputed Facts; long distance telephone call to Ms. Conway; letter to Ms. Conway and email to Mr. Steinberg, Ms. Cho and Mr. Goldman re same; participation in label conference call; memorandum to file; telephone conference with Mr. Sullivan; telephone conference with Mr. Steinberg; draft letter for Mr. Goldman to Judge Higgins re permission for Mr. Frackman and Ms. Benson to miss hearing. | PMK | 2.75 |
| 03/11/2002 | PACER search to update dockets of Case Nos. 703 and 706. | PAA | 0.30 |
| 03/12/2002 | Receipt and review of letter from Mr. Goldman to Judge Higgins; outside conference with Judge Higgin's deputy clerk re same; telephone conference with Mr. Sullivan; letter to Ms. Conway ; telephone call to clerk's office re March 16 hearing; emails to and from Ms. Conway; memorandum to file. | PMK | 1.75 |
| 03/13/2002 | Receipt and review of correspondence from Mr. Busch to Judge Higgins requesting permission to file documents in eleven stayed cases. | PMK | 0.20 |
| 03/13/2002 | Telephone call from Ms. Cho long distance telephone conference with Mr. Janet Conway; three telephone conferences with Jeff Miller of King & Ballow re new suits and service issues; memorandum to file; review of new complaints; emails from and to Ms. Conway and Mr. Goldman re upcoming hearing for March 16, 2002. | PMK | 2.00 |
| 03/13/2002 | Conference with Phil Kirkpatrick regarding preparation for 03/16/02 status conference telephone call to Nicole Harris | PAA | 0.40 |
| 03/14/2002 | Receipt and review of order from Judge Higgins on plaintiffs' motion to be allowed to file documents in eleven cases. | PMK | 0.20 |

**REDACTED**

Client: 000409
Matter: 000034
Invoice #: 285281

| Date | Work Performed | Empl | Hours |
|---|---|---|---|
| 03/14/2002 | Receipt and review of order from court on Plaintiffs' motion to compel production of multi-track masters. | PMK | 0.20 |
| 03/14/2002 | Telephone conference with Mr. Sullivan; receipt and review of email from Ms. Conway telephone conference with Mr. Vlahos re response to Plaintiffs' Motion for Partial Summary Judgment, emails to Ms. Cho and Mr. Goldman. | PMK | 2.00 |
| 03/14/2002 | PACER update for Case Nos. 703 and 706 in preparation for 03/16/02 status conference and update index; review of USDC's website for recent court orders. | PAA | 0.50 |
| 03/15/2002 | Two telephone conferences with Mr. Sullivan; review of pleadings in cases 0703 and 0706 in preparation for March 16, 2002 hearing; phone conversation with Ms. Harris for copies of documents produced in 703; receipt and attention to letter to Judge Higgins to lift stay in five cases involving Defendant Death Row Records. | PMK | 2.00 |
| 03/15/2002 | PACER search regarding Defendant in first 11 cases for proper service of Amended Complaint. | PAA | 0.70 |
| 03/16/2002 | Meet with and travel to Columbia, Tennessee with Mr. Goldman and Ms. Conway for case management hearing before Judge Higgins; appearance in United States District Court for case management conference on cases 703 and 706; conference with other defense counsel re strategy for opposition to Plaintiffs' motion for partial summary judgment; outside conference with Mr. Goldman; email to Ms. Cho and Mr. Goldman | PMK | 8.00 |
| 03/18/2002 | Receipt and review of documents including Soundscan report to be produced in Case No. 703 to Plaintiff; telephone call to Nicole Harris prepare correspondence to Plaintiff's counsel enclosing documents; telephone calls to David Bridgers | PAA | 1.20 |
| 03/19/2002 | Receipt and review of order from Judge Higgins granting request of Plaintiffs to excuse Mr. Della Maria from March 16, 2002 hearing. | PMK | 0.20 |
| 03/19/2002 | Receipt and review of answer of Defendant Songs of All Nations to First Amended Complaint. | PMK | 0.20 |

**REDACTED**

Client: 000409  
Matter: 000034  
Invoice #: 285281

| Date | Work Performed | Empl | Hours |
|---|---|---|---|
| 03/19/2002 | Receipt and review of correspondence from D'Lesli Davis requesting court to excuse Mr. Della Maria from March 16, 2002 hearing. | PMK | 0.20 |
| 03/19/2002 | Receipt and review of Defendants Warner Chappell Music, Inc. and WB Music Corp.'s motion for summary judgment on Plaintiffs' Claims against Defendants. | PMK | 0.20 |
| 03/19/2002 | Assemble documents meeting with counsel. | PAA | 0.70 |
| 03/20/2002 | Receipt and review of order from Judge Higgins regarding requests for extensions of time. | PMK | 0.20 |
| 03/20/2002 | Receipt and review of agreed orders for extension of time for plaintiffs' response to motion to dismiss for lack of personal jurisdiction, improper venue, insufficient and untimely service of process and insufficient process in cases 0699 and 0795. | PMK | 0.20 |
| 03/20/2002 | Receipt and review of Plaintiffs' Motion for Enlargement of Time to Respond to Warner Defendants' Motion for Summary Judgment. | PMK | 0.20 |
| 03/21/2002 | Receipt and review of facsimile from Bob Sullivan | PMK | 0.20 |
| 03/21/2002 | Receipt and review of correspondence from Mr. Miller regarding deposition dates for Rule 30(b)(6) witnesses. | PMK | 0.20 |
| 03/21/2002 | Receipt and review of scheduling order from court in case 0706. | PMK | 0.20 |
| 03/21/2002 | Receipt and review of scheduling from court in case 0703. | PMK | 0.20 |
| 03/21/2002 | Receipt and review of order from court excusing Mr. Bridgers from attending March 16, 2002 hearing. | PMK | 0.20 |
| 03/21/2002 | Receipt and review of Warner defendants' Declaration of Serona Elton in case 0706 and notice of filing re same. | PMK | 0.20 |
| 03/22/2002 | Receipt and review of additional scheduling order from court in case 0703 regarding pretrial matters. | PMK | 0.20 |
| 03/22/2002 | Receipt and review of agreed order for extension of time for Plaintiffs' response in case 0795. | PMK | 0.20 |
| 03/22/2002 | Receipt and review of order granting Warner defendants motion for leave to answer amended complaint in case 0706. | PMK | 0.20 |

**REDACTED**

| Date | Work Performed | Empl | Hours |
|---|---|---|---|
| 03/25/2002 | Receipt and review of Order from court in case 0706 granting in part and denying in part Plaintiffs' request for additional time to respond to motion for summary judgment. | PMK | 0.20 |
| 03/25/2002 | Receipt and review of correspondence from Amy Everhart in case 0706 | PMK | 0.20 |
| 03/25/2002 | Receipt and review of Notice of Appearance of Elizabeth A. Alexander of Wyatt, Tarrant Combs, LLP on behalf of NEM Entertainment in case 0824. | PMK | 0.20 |
| 03/25/2002 | Update case dockets with PACER searches beginning with 0711, 0715, 0718 and 0722. | PAA | 1.60 |
| 03/26/2002 | Two telephone conferences with Mr. Sullivan; email to and from Mr. Vlahos re summary judgment response re ownership; telephone call with Mr. David Bridgers, counsel for Songs of All Nations re his settlement discussions with plaintiffs; memorandum to file. | PMK | 1.00 |
| 03/26/2002 | PACER searches on the following: 0725, 0728, 0759, 0761, 0763, 0764, 0765, 0767, 0768, 0772, 0780, 0791, 0793, 0795, 0824, 0829, 0836, 0838, 0840, 0848, 0870, 0873, 0879, 0881, 0883 and 0884. | PAA | 2.80 |
| 03/27/2002 | Receipt and review of facsimile from David Bridgers transmitting agreement between MCA and Every Song Counts. | PMK | 0.20 |
| 03/27/2002 | Receipt and partial review of Songs of All Nations agreement with MCA Music Publishing; draft correspondence to Ms. Cho and Mr. Goldman re same; receipt and review of email correspondence from Ms. Cho and Mr. Goldman; long distance telephone conference with Ms. Janet Conway, telephone conference with Chris Vlahos; memorandum to file; telephone call from Mr. Vlahos. | PMK | 2.00 |
| 03/27/2002 | PACER searches on the following: 0976, 0978, 0949, 0970, 0971, 0976, 0978, 1072, 1076, 1078, 1082, 1092, 1103, 1104, 1115, 1116, 1126, 1131, 0986, 0987, 0990, 0891, 0903, 0904, 0908, 0914, 0916, 0917, 0919, 0920, 1008, 0922, 0925, 0936, 0937, 1015, 1016, 1020, 1022, 1027, 1037, 1040, 1051, 1052, 1055, 1062, 0798, 0799, 0805, 0806, 0811, 0813, 0815, 1137, 1141, 1145, 1150, 1151, 1154, 1158, 1160, 1162, 1165, 1166, 1170. | PAA | 2.90 |

**REDACTED**

Client: 000409
Matter: 000034
Invoice #: 285281

| Date | Work Performed | Empl | Hours |
|---|---|---|---|
| 03/28/2002 | Receipt and review of telefax from Mr. Goldman transmitting correspondence to Jeff Miller re depositions for May 2 and 3. | PMK | 0.20 |
| 03/28/2002 | Receipt of email from Mr. Goldman          telephone conference with office of clerk of court; email to Mr. Goldman; telephone conference with Mr. Vlahos. | PMK | 1.50 |
| 03/28/2002 | PACER searches to obtain and review docket sheets for Case Nos. 0698 and 1099. | PAA | 0.60 |
| 03/28/2002 | Research in cases 0703 and 0706 re dockets through PACER searches. | PAA | 0.20 |
| 03/29/2002 | Receipt and review of correspondence from Mr. Goldman to Jeff Miller regarding depositions. | PMK | 0.20 |
| 03/29/2002 | Telephone conference with Chris Vlahos; two telephone calls with attorney David Bridgers          draft letter to Mr. Bridgers; telephone conference with Ms. Cho regarding same; email of draft letter to Ms. Cho. | PMK | 2.50 |

Total Hours 256.30           Total Fees $50,595.00

## TIMEKEEPER SUMMARY

| Timekeeper | | | Time | Rate | Amount |
|---|---|---|---|---|---|
| JMB | Jeffrey M. Beemer | Associate | 0.40 | $200.00 | $80.00 |
| MBL | Mary B. Langford | Associate | 1.70 | $200.00 | $340.00 |
| PAA | Patricia A. Arnold | INACTIVE TIMEKEEPER | 88.50 | $100.00 | $8,850.00 |
| PMK | Philip M. Kirkpatrick | Partner | 163.70 | $250.00 | $40,925.00 |
| RHB | Richard H. Batson II | INACTIVE TIMEKEEPER | 1.00 | $200.00 | $200.00 |
| SBM | Stephen B. Morton | INACTIVE TIMEKEEPER | 1.00 | $200.00 | $200.00 |

**REDACTED**

## LIST OF EXPENSES

| Date | Description | Amount |
|---|---|---|
| 03/16/2001 | Philip M. Kirkpatrick - Business Meal with Mr. Goldman concerning 3/16/02 hearing. | $31.29 |
| 10/22/2001 | Document Solutions of Nashville, Inc. - light litigation copies. | $292.82 |
| 10/25/2001 | Document Solutions of Nashville, Inc. - light litigation copies. | $725.76 |
| 01/02/2002 | Photocopies. | $0.20 |
| 01/02/2002 | Photocopies. | $0.30 |
| 01/02/2002 | Photocopies. | $5.90 |
| 01/02/2002 | Photocopies. | $0.10 |
| 01/02/2002 | Photocopies. | $0.10 |
| 01/02/2002 | Photocopies | $0.30 |
| 01/02/2002 | Long Distance Telephone Calls. | $37.59 |
| 01/02/2002 | Federal Express - overnight delivery to Adam Grais. | $23.26 |
| 01/03/2002 | Photocopies. | $0.30 |
| 01/04/2002 | Photocopies. | $0.40 |
| 01/04/2002 | Photocopies. | $4.80 |
| 01/04/2002 | Photocopies. | $10.40 |
| 01/04/2002 | Long Distance Telephone Calls. | $2.76 |
| 01/06/2002 | Photocopies. | $0.40 |
| 01/06/2002 | Photocopies. | $0.30 |
| 01/06/2002 | Photocopies. | $0.10 |
| 01/06/2002 | Photocopies. | $0.40 |
| 01/07/2002 | Photocopies. | $0.20 |
| 01/07/2002 | Photocopies. | $0.50 |
| 01/07/2002 | Photocopies. | $2.60 |
| 01/07/2002 | Photocopies | $0.40 |
| 01/07/2002 | Photocopies. | $0.10 |
| 01/07/2002 | Photocopies. | $0.30 |
| 01/07/2002 | Photocopies. | $0.10 |
| 01/07/2002 | Photocopies. | $1.10 |
| 01/07/2002 | Photocopies. | $15.70 |
| 01/07/2002 | Photocopies. | $3.60 |

## LIST OF EXPENSES

| Date | Description | Amount |
|---|---|---|
| 01/07/2002 | Philip M. Kirkpatrick - Business Meals | $58.34 |
| 01/09/2002 | Photocopies. | $0.60 |
| 01/09/2002 | Photocopies. | $0.10 |
| 01/09/2002 | Photocopies. | $0.50 |
| 01/09/2002 | Photocopies. | $10.80 |
| 01/09/2002 | Photocopies. | $1.10 |
| 01/09/2002 | Federal Express - overnight delivery to Robert Carson. | $15.75 |
| 01/10/2002 | Photocopies. | $14.00 |
| 01/10/2002 | Photocopies. | $48.00 |
| 01/10/2002 | Pacer Service Center - searches of 10/01 - 12/01 of United States Party/Case Index (337 pages @ $.07 per page). | $22.40 |
| 01/10/2002 | Pacer Service Center - searches of 10/01 - 12/01 of Florida Northern District Court (17 pages @ $.07 per page). | $1.19 |
| 01/10/2002 | Pacer Service Center - searches of 10/01 - 12/01 of Tennessee Middle District Court (4416 pages @ $.07 per page). | $309.12 |
| 01/11/2002 | Photocopies. | $0.30 |
| 01/11/2002 | Photocopies. | $0.50 |
| 01/11/2002 | Photocopies. | $3.00 |
| 01/11/2002 | Long Distance Telephone Calls. | $7.59 |
| 01/14/2002 | Photocopies. | $8.10 |
| 01/14/2002 | Photocopies. | $19.20 |
| 01/14/2002 | Photocopies. | $10.90 |
| 01/14/2002 | Photocopies. | $12.50 |
| 01/14/2002 | Photocopies. | $0.40 |
| 01/14/2002 | Photocopies. | $6.40 |
| 01/14/2002 | Photocopies. | $0.30 |
| 01/14/2002 | Photocopies | $15.20 |
| 01/14/2002 | Photocopies. | $20.30 |
| 01/14/2002 | Photocopies. | $2.40 |
| 01/14/2002 | Photocopies. | $0.30 |
| 01/14/2002 | Postage | $5.20 |
| 01/15/2002 | Long Distance Telephone Calls. | $10.18 |

## LIST OF EXPENSES

| Date | Description | Amount |
|---|---|---|
| 01/16/2002 | Photocopies. | $0.70 |
| 01/16/2002 | Photocopies. | $0.30 |
| 01/16/2002 | Photocopies. | $1.00 |
| 01/16/2002 | Photocopies. | $1.00 |
| 01/16/2002 | Photocopies. | $10.40 |
| 01/16/2002 | Photocopies. | $15.20 |
| 01/17/2002 | Photocopies. | $0.60 |
| 01/17/2002 | Long Distance Telephone Calls. | $11.66 |
| 01/18/2002 | Photocopies. | $6.60 |
| 01/18/2002 | Photocopies. | $15.00 |
| 01/18/2002 | Photocopies. | $22.80 |
| 01/18/2002 | Photocopies. | $12.60 |
| 01/21/2002 | Long Distance Telephone Calls. | $1.67 |
| 01/22/2002 | Long Distance Telephone Calls. | $13.51 |
| 01/23/2002 | Long Distance Telephone Calls. | $13.51 |
| 01/24/2002 | Photocopies. | $4.20 |
| 01/24/2002 | Federal Express - overnight delivery to Jeff Goldman. | $69.80 |
| 01/24/2002 | Federal Express - second overnight delivery to Jeff Goldman. | $69.80 |
| 01/24/2002 | Federal Express - third overnight delivery to Jeff Goldman. | $69.80 |
| 01/24/2002 | Federal Express - fourth overnight delivery to Jeff Goldman. | $69.80 |
| 01/24/2002 | Federal Express - fifth overnight delivery to Jeff Goldman. | $69.80 |
| 01/24/2002 | Federal Express - sixth overnight delivery to Jeff Goldman. | $69.80 |
| 01/25/2002 | Photocopies. | $4.30 |
| 01/25/2002 | Photocopies. | $2.20 |
| 01/28/2002 | Photocopies. | $1.10 |
| 01/28/2002 | Long Distance Telephone Calls. | $12.77 |
| 01/28/2002 | Long Distance Telephone Calls. | $3.15 |
| 01/28/2002 | Long Distance Telephone Calls. | $5.00 |
| 01/29/2002 | Photocopies. | $0.60 |
| 01/30/2002 | Photocopies | $0.40 |
| 01/30/2002 | Photocopies. | $3.60 |

LIST OF EXPENSES

| Date | Description | Amount |
|---|---|---|
| 01/30/2002 | Photocopies. | $0.70 |
| 01/31/2002 | Photocopies | $0.30 |
| 02/01/2002 | Photocopies. | $1.20 |
| 02/01/2002 | Photocopies. | $2.70 |
| 02/01/2002 | Photocopies. | $53.00 |
| 02/01/2002 | Photocopies. | $0.10 |
| 02/01/2002 | Photocopies. | $0.20 |
| 02/01/2002 | Photocopies. | $0.40 |
| 02/01/2002 | Loeb & Loeb, LLP - one-fifth fee for tape copying. | $54.04 |
| 02/01/2002 | Federal Express - overnight delivery to Jeff Goldman. | $38.36 |
| 02/04/2002 | Photocopies. | $64.50 |
| 02/05/2002 | Federal Express - overnight delivery to Jeff Goldmon. | $23.99 |
| 02/05/2002 | Federal Express - overnight delivery to Mr. Gaines. | $49.16 |
| 02/08/2002 | Photocopies | $4.20 |
| 02/08/2002 | Photocopies. | $15.80 |
| 02/08/2002 | Photocopies. | $10.90 |
| 02/08/2002 | Federal Express - overnight delivery to Claudius Gaines. | $48.00 |
| 02/08/2002 | Hope Owens - Mileage to and from Loeb & Loeb to deliver answer (4 miles @ $.365 per mile). | $1.46 |
| 02/11/2002 | Photocopies. | $0.40 |
| 02/11/2002 | Photocopies. | $0.70 |
| 02/11/2002 | Photocopies. | $0.60 |
| 02/11/2002 | Photocopies. | $1.30 |
| 02/11/2002 | Photocopies. | $0.70 |
| 02/11/2002 | Photocopies. | $0.50 |
| 02/11/2002 | Photocopies. | $0.90 |
| 02/11/2002 | Photocopies. | $1.10 |
| 02/11/2002 | Photocopies. | $0.10 |
| 02/11/2002 | Photocopies. | $1.70 |
| 02/11/2002 | Photocopies. | $0.60 |
| 02/11/2002 | Photocopies. | $0.50 |