## LIST OF EXPENSES

| 02/11/2002 | Photocopies. | $1.00 |
| 02/11/2002 | Photocopies. | $1.20 |
| 02/11/2002 | Photocopies. | $2.40 |
| 02/11/2002 | Long Distance Telephone Calls. | $4.26 |
| 02/12/2002 | Long Distance Telephone Calls. | $6.48 |
| 02/12/2002 | Long Distance Telephone Calls. | $2.78 |
| 02/20/2002 | Long Distance Telephone Calls. | $3.15 |
| 02/21/2002 | Photocopies. | $0.30 |
| 02/21/2002 | Photocopies. | $0.70 |
| 02/21/2002 | Photocopies. | $0.60 |
| 02/21/2002 | Long Distance Telephone Calls. | $8.70 |
| 02/22/2002 | Photocopies. | $0.80 |
| 02/22/2002 | Photocopies. | $6.60 |
| 02/22/2002 | Photocopies. | $6.60 |
| 02/22/2002 | Photocopies. | $2.40 |
| 02/25/2002 | Photocopies. | $0.60 |
| 03/04/2002 | Photocopies. | $6.90 |
| 03/04/2002 | Photocopies. | $3.00 |
| 03/04/2002 | Photocopies. | $5.90 |
| 03/04/2002 | Photocopies. | $12.80 |
| 03/04/2002 | Photocopies. | $2.90 |
| 03/04/2002 | Photocopies | $0.10 |
| 03/04/2002 | Photocopies | $0.20 |
| 03/04/2002 | Walgreen Company - cassette fee for copying. | $12.96 |
| 03/04/2002 | Federal Express - overnight delivery to Jeff Goldman. | $30.31 |
| 03/04/2002 | Federal Express - overnight delivery to JoAn Cho. | $30.31 |
| 03/05/2002 | Photocopies. | $31.40 |
| 03/05/2002 | Photocopies. | $0.20 |
| 03/05/2002 | Federal Express - overnight delivery to JoAn Cho. | $32.70 |
| 03/05/2002 | Federal Express - overnight delivery to Jeff Goldman. | $32.70 |
| 03/08/2002 | Photocopies. | $1.00 |

Client: 000409
Matter: 000034
Invoice #: 285281

## LIST OF EXPENSES

| | | |
|---|---|---|
| 03/08/2002 | Photocopies. | $7.80 |
| 03/08/2002 | Photocopies. | $0.60 |
| 03/08/2002 | Photocopies. | $70.90 |
| 03/08/2002 | Photocopies. | $17.40 |
| 03/08/2002 | Photocopies. | $0.40 |
| 03/08/2002 | Photocopies. | $1.60 |
| 03/08/2002 | Federal Express - overnight delivery to Jeff Goldman. | $49.41 |
| 03/08/2002 | Federal Express - overnight delivery to JoAn Cho. | $49.41 |
| 03/11/2002 | Photocopies. | $5.00 |
| 03/11/2002 | Photocopies. | $0.10 |
| 03/11/2002 | Federal Express - overnight delivery to Janet Conway. | $14.79 |
| 03/12/2002 | Photocopies. | $33.10 |
| 03/12/2002 | Photocopies. | $13.00 |
| 03/12/2002 | Photocopies. | $0.10 |
| 03/12/2002 | Photocopies. | $3.50 |
| 03/12/2002 | Photocopies. | $0.10 |
| 03/12/2002 | Federal Express - overnight delivery to Janet Conway. | $34.13 |
| 03/13/2002 | Photocopies. | $0.10 |
| 03/13/2002 | Photocopies. | $2.20 |
| 03/14/2002 | Photocopies. | $0.90 |
| 03/14/2002 | Photocopies. | $0.20 |
| 03/14/2002 | Photocopies. | $0.20 |
| 03/14/2002 | Photocopies. | $0.10 |
| 03/14/2002 | Photocopies. | $1.50 |
| 03/15/2002 | Photocopies. | $0.60 |
| 03/16/2002 | Philip M. Kirkpatrick - Mileage to and from Columbia, Tennessee, for case management hearing (75 mile @ $ 365 per mile). | $27.38 |
| 03/18/2002 | Photocopies. | $3.20 |
| 03/27/2002 | Long Distance Telephone Calls. | $5.74 |
| 03/29/2002 | Photocopies. | $0.40 |
| 03/29/2002 | Photocopies. | $1.10 |

Client: 000409
Matter: 000034
Invoice #: 285281

## LIST OF EXPENSES

| | | |
|---|---|---|
| 03/29/2002 | Photocopies. | $0.60 |
| 03/29/2002 | Photocopies. | $0.10 |
| 03/29/2002 | Long Distance Telephone Calls. | $0.93 |
| 03/29/2002 | Long Distance Telephone Calls. | $0.93 |

|  | |
|---|---|
| Total Expenses | $3,327.04 |

| | |
|---|---|
| Total Current Invoice | $53,922.04 |
| TOTAL AMOUNT DUE | $53,922.04 |

# STEWART, ESTES & DONNELL

ATTORNEYS AT LAW
FINANCIAL CENTER, SUITE 1401
424 CHURCH STREET
NASHVILLE, TENNESSEE 37219-2392
TELEPHONE (615) 244-6538
TELECOPIER (615) 256-8386
FEDERAL TAX ID NO. 62-0947036

MCA Records, Inc
Attn: JoAn Cho
2220 Colorado Avenue
Santa Monica, CA 90404

December 08, 2003
Page #:   1
Client:    000409
Matter    000034
Invoice #  289022

RE:  Bridgeport Music v. MCA Records, et al
File No: 501-188/0409-0034

For Legal Services Rendered in Connection with the above Matter:

| | |
|---|---|
| Fees: | $20,751 00 |
| Expenses: | $2,985.40 |
| Total Fees and Expenses Due this Statement: | $23,736.40 |
| **Total Amount Due:** | **$23,736.40** |

PLEASE RETURN THIS STATEMENT COVER
WITH YOUR PAYMENT TO ENSURE PROPER CREDIT TO YOUR ACCOUNT

# STEWART, ESTES & DONNELL

ATTORNEYS AT LAW
FINANCIAL CENTER, SUITE 1401
424 CHURCH STREET
NASHVILLE, TENNESSEE 37219-2392
TELEPHONE (615) 244-6538
TELECOPIER (615) 256-8386
FEDERAL TAX ID NO. 62-0947036

MCA Records, Inc
Attn: JoAn Cho
2220 Colorado Avenue
Santa Monica, CA 90404

December 08, 2003
Page #: 1
Client:  000409
Matter:  000034
Invoice #  289022

RE:  Bridgeport Music v MCA Records, et al
File No: 501-188/0409 0034

For Professional Services Rendered Through November 30, 2003

| Date | Work Performed | Empl | Hours |
|------|----------------|------|-------|
| 07/09/2002 | Receipt and review of order from Judge Brown granting WB Defendants' motion to file their memorandum in support of motion for summary judgment under seal. | PMK | 0 20 |
| 10/08/2002 | Receipt and review of redlined drafts of two final pretrial orders in cases 711 and 715 from Mr  Mayer; telephone conferences with Jeff Miller re same; conference with Mr. Frackman and Mr. Goldman; appearance in U.S. District Court for pre-trial conference; meeting with Mr  Goldman and Mr Frackman re           · telephone conferences with Mr. Sullivan and Ms  Everhart; emails to and from them. | PMK | 6 50 |
| 03/03/2003 | Long distance telephone conference with Mr  Mayer; receipt and review of taxed costs in notices from court clerk in 0703 and 0706; participation in label call; memorandum to file | PMK | 1 75 |
| 03/04/2003 | Review of files relating to cases 0711 and 0715 (1 ); telephone conference with Mr  Sullivan and Ms Lavorini's office; email to Mr  Frackman; email to Mr Bauman | PMK | 1 75 |
| 03/05/2003 | Receipt and review of Plaintiffs' motion and memorandum to set aside clerk's taxation of costs in 0703 and 0706. | PMK | 0 20 |

Client: 000409
Matter: 000034
Invoice #: 289022

| Date | Work Performed | Empl | Hours |
|------|---------------|------|-------|
| 03/05/2003 | Telephone conference with Mr. Mayer re receipt and attention to motions and memoranda of plaintiffs to set aside/reverse the clerk's assessment of costs in 0703 and 0706; email correspondence re same with copies to MS&K and Mr. Bauman; long distance telephone conference with Mr. Mayer; telephone conferences with Mr. Sullivan and Ms. Lavorini re cases 0711 and 0715; review of Pacer in five pending cases re stay orders issue. | PMK | 2.00 |
| 03/06/2003 | Email to Mr. Goldman and Mr. Bauman; receipt of emails from Ms. Everhart and Mr. Sullivan; telephone conferences with Mr. Goldman's office and Mr. Mayer's office; review of draft response in opposition to plaintiffs' motion to set aside clerk's taxation of costs; emails to Mr. Frackman and Mr. Bauman; telephone conference with Mr. Bauman; telephone conference with Mr. Frackman's office. | PMK | 2.50 |
| 03/10/2003 | Receipt and review of orders to stay in cases 0711, 0715 and 0725. | PMK | 0.20 |
| 03/10/2003 | Telephone conferences with Mr. Goldman, Mr. Sullivan and Ms. Everhart,　　　nference call　　　　　re appeals in 0703 and 0706; letter to Mr. Goldman with copies of opinions and orders in 0701 and 0702; telephone conferences with Mr. Goldman and Mr. Bauman re　　　　　　　　　　　　　, revising draft in accord; receipt, review and edits to drafts of responses in 0703 and 0706 to plaintiffs' motions to reverse clerk's assessment of costs; review of Pacer in docket entries to be included in same; finalizing responses; receipt and review of emails from Mr. Bauman, Mr. Goldman and Ms. Everhart. | PMK | 5.50 |
| 03/11/2003 | Review and editing of responses to Plaintiffs' motions to set aside taxation of costs; emails to Mr. Mayer re | PMK | 0.50 |
| 03/12/2003 | Review and editing of responses in 0703 and 0706 to Plaintiffs' motion to set aside taxation of costs; conference with Mr. Mayer re　　　　　　attaching witness lists | PMK | 2.00 |
| 03/13/2003 | Receipt and review of summary of dismissed EMI Defendants from Loeb & Loeb | PMK | 0.20 |
| 03/14/2003 | E-mail from Mr. Mayer regarding　　　　　　　　e-mail to Mr. Mayer regarding　　　., PACER docket review of same; telephone conference with Ms. MacDonald in Mr. Sullivan's office | PMK | 1.00 |

Client: 000409
Matter: 000034
Invoice #: 289022

| Date | Work Performed | Empl | Hours |
|------|----------------|------|-------|
| 03/19/2003 | Telephone conference with J. Haber and Richard Rack of Sixth Circuit clerk's office; prepare email to counsel about request to extend briefing deadline; telephone conference with Phil Kirkpatrick and Jeff Goldman                    message left with Richard Rack | RHF | 0.50 |
| 03/26/2003 | Receipt and review of order from Judge Higgins granting plaintiffs' motion to be allowed to file 2 page reply brief. | PMK | 0.20 |
| 03/26/2003 | Receipt and review of Appellant's proof brief in 02-5004 (0703) | PMK | 0.20 |
| 03/27/2003 | Telephone conference with Mr. Mayer and partial review of appeal brief in 0703 | PMK | 0.50 |
| 04/07/2003 | Telephone call from Mr. Mayer regarding appeals of 703 and 706; memo to file. | PMK | 0.20 |
| 04/09/2003 | Telephone conference with Ms. DeSalvo re extension for filing appellee brief in 703; emails to Mr. Goldman, Mr. Mayer, Ms. Everhart, Mr. Sullivan re appeals | PMK | 1.00 |
| 04/10/2003 | Telephone conference with Ms. DeSalvo re status on our requested extension for filing our appellee brief in 0703 (03-0004); telephone conference with Mr. Goldman re same; memorandum to file. | PMK | 0.50 |
| 04/11/2003 | Telephone conference with Mr. Busch re extensions being agreed upon for briefing schedule in 703 and 706; memorandum to file re same; long distance telephone conference with Ms. Teresa Mack at 6th Circuit re agreed extensions; memorandum to file; letter to Mr. Busch confirming agreement; email to Mr. Frackman and Mr. Bauman re same. | PMK | 1.50 |
| 04/14/2003 | Long distance telephone conference with Teresa Mack at Sixth Circuit re extensions being in 0703 and 0706; receipt and review of letters from Mr. Rack re same; draft email to clients and co-counsel re Sixth Circuit letters and diary and docket of deadlines; review and editing of letter to Mr. Busch re same. | PMK | 1.50 |
| 04/22/2003 | Draft emails to co-counsel and Mr. Bauman re letter from Sixth Circuit extending deadline for appellant to file brief in 0706/5005 to April 28 and re scheduling the filing of the appellee's brief in 0703/5004 on the same date; receipt of emails from Mr. Bauman and Mr. Goldman; draft email requesting extension from Mr. Busch in 703/5004 to comport with prior agreement | PMK | 1.00 |

Client: 000409
Matter: 000034
Invoice #: 289022

| Date | Work Performed | Empl | Hours |
|------|----------------|------|-------|
| 04/23/2003 | Telephone conference with Robert Rack's office re extension for filing brief of Appellee in 0703; receipt and review of email from Mr. Goldman; memorandum to file | PMK | 0.75 |
| 04/24/2003 | Two telephone conferences with Ms. Teresa Mack at the Sixth Circuit; telephone conference with Richard Busch re docket issue on case 0703 related by Ms. Teresa Mack; telephone conference with Ms. Mack's office. | PMK | 1.00 |
| 04/28/2003 | Review of motion rules before Sixth Circuit; draft email to Mr. Busch re same panel or argument date in 0703 and 0706; telephone conference with Ms. Everhart re       review of email from Mr. Frackman; letter to Mr. Bauman re | PMK | 1.25 |
| 04/30/2003 | Conference with Mr. Mayer re 0703 and 0706 appeals; memorandum to file. | PMK | 0.33 |
| 05/02/2003 | Conference with Mr. Busch's office re issue of service of brief in 0706; conference with Mr. Sullivan; review of opinion in 0703 re telephone conference with Mr. Mayer | PMK | 1.25 |
| 05/05/2003 | Telephone conference with Mr. Mayer; email to Mr. Busch re agreement to motion to have 703 and 706 heard by the same panel | PMK | 0.40 |
| 05/07/2003 | Receipt and review of order and memorandum re fees being awarded in 0706; emails to client and co-counsel re       ; telephone conferences with Mr. Goldman and Mr. Mayer; conference with Mr. Sullivan; memorandum to file; review of opinion of 9th Circuit re dismissals due to personal jurisdiction issue. | PMK | 2.00 |
| 05/08/2003 | Telephone conference with Mr. Sullivan. | PMK | 0.20 |
| 05/09/2003 | Telephone conference with Mr. Mayer; email to Mr. Busch re 703 and 706. | PMK | 0.40 |
| 05/12/2003 | Telephone call to Mr. Busch. | PMK | 0.10 |
| 05/13/2003 | Telephone conference with Mr. Mayer; telephone call to Mr. Busch. | PMK | 0.20 |
| 05/14/2003 | Receipt and review of email from Mr. Busch and Mr. Frackman; receipt and review of responsive email from Mr. Frackman to Mr. Busch | PMK | 0.20 |
| 05/15/2003 | Telephone conference with Richard Busch re agreement re extensions; memorandum to file; telephone call to Mr. Mayer and Mr. Goldman. | PMK | 0.60 |

Client: 000409
Matter: 000034
Invoice #: 289022

| Date | Work Performed | Empl | Hours |
|------|----------------|------|-------|
| 05/16/2003 | Telephone conference with Ms. Teresa Mack at 6th Circuit; telephone conference with Ms. Mary Patterson at 6th Circuit; telephone conference with Mr. Goldman and Mr. Mayer's office; memorandum to file. | PMK | 1.00 |
| 05/23/2003 | Telephone conference with Mr. Goldman re . . . . . . . . . . . . . , review of order; filing deadline; email to Mr. Goldman; memorandum to file | PMK | 1.00 |
| 05/27/2003 | Conference call with Ms. Everhart; receipt of fax correspondence from Ms. Everhart to Mr. Goldman re | PMK | 0.50 |
| 05/28/2003 | Telephone conferences with Mr. Goldman; emails to and from Mr. Goldman; draft notice of appeal of order denying Defendants' motion for attorneys' fees and nontaxable costs; telephone conference with Mr. Sullivan; memorandum to file; partial review of order from which appeal is being taken. | PMK | 2.00 |
| 05/29/2003 | Draft and editing notice of appeal; telephone conference with clerk; telephone conference with Mr. Goldman; email to and from Mr. Goldman. | PMK | 2.00 |
| 05/30/2003 | Telephone conference with Mr. Kirkpatrick and clerk of court to confirm docketing of notice of appeal | RHF | 0.25 |
| 06/02/2003 | Telephone conference with Mr. Goldman; telephone conference with district court clerk re designation of record on appeal | PMK | 1.00 |
| 06/03/2003 | Telephone conference with Mr. Goldman's office; telephone conference with district court clerk; telephone conference with Ms. Mary Patterson of the Sixth Circuit clerk's office re designation of the record. | PMK | 1.00 |
| 06/04/2003 | Two telephone conferences with clerk's office re June 11 costs hearing being postponed; emails to and from defense counsel re same in 0703 and 0706; memorandum to file | PMK | 1.00 |
| 06/06/2003 | Telephone conference with Mr. Mayer and Mr. Goldman; review of designation of record issue; memorandum to file | PMK | 1.00 |
| 06/08/2003 | Review of draft appellee brief in 0703; office conference with Mr. Goldman and Mr. Mayer re | PMK | 1.25 |

Client: 000409
Matter: 000034
Invoice #: 289022

| Date | Work Performed | Empl | Hours |
|------|----------------|------|-------|
| 06/09/2003 | Telephone conference with Mr. Mayer re conference with Mr. Mayer and Ms. Gremillion re telephone conference with district court clerk's office; draft designation of record on appeal | PMK | 1.75 |
| 06/09/2003 | Telephone conference with Marc Mayer regarding follow-up discussion with Phil Kirkpatrick; locate and transmit via e-mail to Marc Mayer | JAL | 0.60 |
| 06/10/2003 | E-mails to Mr. Goldman and Mr. Mayer regarding , telephone conference with Mr. Goldman's associate; telephone conference with clerk of court; revision to designation of record on appeal. | PMK | 1.75 |
| 06/16/2003 | Receipt and review of email from Ms. MacDonald re ; email to Mr. Goldman re same. | PMK | 0.20 |
| 06/18/2003 | Telephone conference with Mr. Mayer; memorandum to file. | PMK | 0.20 |
| 06/19/2003 | Telephone call from Mr. Mayer re | PMK | 0.20 |
| 06/20/2003 | Telephone conference with Mr. Mayer; receipt and sending emails to Ms. Everhart | PMK | 0.30 |
| 07/02/2003 | Receipt and review of report and recommendation | PMK | 0.20 |
| 07/16/2003 | Receipt and review of Plaintiffs' motion to put scheduling in abeyance on appeals. | PMK | 0.20 |
| 08/18/2003 | Receipt and review of order from court dismissing attorneys for Tempo, Inc. in 1080 | PMK | 0.20 |
| 08/22/2003 | Receipt and review of certificate of compliance in case 1080 from attorneys for Defendant Tempo | PMK | 0.20 |
| 08/25/2003 | Email to Mr. Mayer and Ms. Cho re ); receipt and review of email from Mr Mayer re ; conference re same; memorandum to file; review of analysis re same | PMK | 0.80 |
| 08/26/2003 | Review of in 0703 per Mr. Mayer's request; telephone conference with Mr. Mayer; memorandum to file | PMK | 0.50 |
| 08/29/2003 | Appearance before clerk re cost hearing. | PMK | 0.50 |
| 09/02/2003 | Receipt and review of certificate of compliance in case 1080 | PMK | 0.20 |

Client   000409
Matter:  000034
Invoice #:  289022

| Date | Work Performed | Empl | Hours |
|------|----------------|------|-------|
| 09/03/2003 | Receipt and review of orders of dismissal in cases 0879 and 0916. | PMK | 0.20 |
| 09/08/2003 | Receipt and review of brief of appellants and reply brief of appellants in 03-5004 | PMK | 0.20 |
| 09/09/2003 | Emails to and from Ms. Everhart; draft email to Mr. Mayer re ~ ' ~ ' 1 of attorney's fees award by Bridgeport; receipt of email from Mr. Mayer. | PMK | 1.00 |
| 09/12/2003 | Receipt and review of emails from Ms. Cho re review of pacer docket. | PMK | 0.50 |
| 09/30/2003 | Receipt and review of draft appellate brief | PMK | 1.00 |
| 10/02/2003 | Receipt and review of agreed order to extend time in 1162. | PMK | 0.20 |
| 10/02/2003 | Receipt and review of agreed order of dismissal in case 1125. | PMK | 0.20 |
| 10/02/2003 | Receipt and review of email request from Mr. Mayer re ~ ; telephone conference with Mr. Mayer; review of 706 opinion in order to assist; conference call with Susan McDonald and Amy Everhart re same; memorandum to file | PMK | 2.00 |
| 10/08/2003 | Receipt and review of Defendant's Proof Brief in 0706. | PMK | 0.20 |
| 10/16/2003 | Receipt and review of email from Ms. Everhart re appeal; email to Mr. Gotcman, Mr. Mayer and Mr. Frackman re : | PMK | 0.40 |
| 10/20/2003 | Receipt and review of order from court in case 0881 setting trial date of April 6, 2004. | PMK | 0.20 |
| 10/20/2003 | Receipt and review of agreed order of dismissal in case 1154 | PMK | 0.20 |
| 10/21/2003 | Receipt and review of correspondence from Mr. Mayer to Richard Busch demanding payment of judgment. | PMK | 0.20 |
| 10/22/2003 | Receipt and review of emails from Mr. Mayer et al re emails to Mr. Sullivan and Ms. Everhart | PMK | 0.75 |
| 10/23/2003 | Review of appellate draft brief; receipt and review of emails; email to and from Mr. Mayer re case | PMK | 2.00 |
| 10/24/2003 | Receipt and review of correspondence from Mr. Busch regarding forthcoming payment. | PMK | 0.20 |

| Date | Work Performed | Empl | Hours |
|------|----------------|------|-------|
| 11/03/2003 | Conference with Mr. Sullivan; receipt and review of email from Mr. Mayer; review of affidavit of Mr Boladian | PMK | 0.50 |
| 11/05/2003 | Receipt and review of Agreed Order to Extend Time in 1022. | PMK | 0.20 |
| 11/05/2003 | Receipt and review of Motion for Stay of Execution of Order Granting Attorney's Fees and Expenses Pending Appeal | PMK | 0.20 |
| 11/13/2003 | Receipt and review of emails from Ms. Everhart, Mr Mayer and Ms. Cho; drafting email to Mr. Mayer, Mr Goldman and Ms. Cho re bond versus letter of credit on appeal issues | PMK | 0.50 |
| 11/17/2003 | Review 6th Circuit rule regarding supplementation of authority. | JAL | 0.20 |
| 11/18/2003 | Receipt and review of emails from Mr. Mayer and Mr. Frackman; emails to them re Beastie Boy opinion and argument in Rule 18(i) letter being allowed by amendment to rule; review of rule advisory committee notes. | PMK | 2.00 |
| 11/19/2003 | Receipt and review of emails to and from Mr. Mayer and Ms. Cho re response to Mr. Busch's motion for stay; receipt and review of draft response and comments re same; receipt and review to final draft, editing certificate of service and execution. | PMK | 2.00 |
| 11/20/2003 | Brief research per Mr. Kirkpatrick | MBL | 0.20 |
| 11/21/2003 | Receipt and review of motion of Plaintiffs' reply in support of motion for stay of execution. | PMK | 0.20 |
| 11/21/2003 | Receipt and review of correspondence from Mr Mayer to Ms. Patterson, case manager of the Sixth Circuit Court of Appeals, regarding the recent Ninth Circuit decision in Newton v. Diamond | PMK | 0.20 |

|  | Total Hours | 75.64 | Total Fees | $20,751.00 |
|--|-------------|-------|------------|------------|

## TIMEKEEPER SUMMARY:

| Timekeeper | | | Time | Rate | Amount |
|------------|--|--|------|------|--------|
| JAL | Jennifer L. Gremillion | Associate | 0.80 | $225.00 | $180.00 |
| MBL | Mary B. Langford | Associate | 0.20 | $225.00 | $45.00 |
| PMK | Philip M. Kirkpatrick | Partner | 73.89 | $275.00 | $20,319.75 |
| RHF | R. Horton Frank | Partner | 0.75 | $275.00 | $206.25 |

## LIST OF EXPENSES

| Date | Description | Amount |
|---|---|---|
| 10/21/2002 | Professional Reprographics - heavy litigation copies, index tabs, collating | $859.28 |
| 12/06/2002 | Professional Reprographics - light litigation copies. | $425.66 |
| 02/28/2003 | Federal Express - overnight delivery to Russell Frackman. | $32.35 |
| 02/28/2003 | Federal Express - overnight delivery to Russell Frackman. | $32.35 |
| 02/28/2003 | Federal Express - overnight delivery to Russell Frackman. | $32.35 |
| 03/03/2003 | Long Distance Telephone Calls. | $5.74 |
| 03/04/2003 | Photocopies. | $0.10 |
| 03/05/2003 | Photocopies. | $0.10 |
| 03/05/2003 | Long Distance Telephone Calls. | $6.11 |
| 03/10/2003 | Photocopies | $2.80 |
| 03/10/2003 | Photocopies | $2.10 |
| 03/11/2003 | Photocopies | $1.20 |
| 03/12/2003 | Photocopies. | $3.50 |
| 03/12/2003 | Photocopies | $0.80 |
| 03/12/2003 | Photocopies | $10.50 |
| 03/12/2003 | Long Distance Telephone Calls. | $8.33 |
| 03/18/2003 | Professional Reprographics - litigation copies. | $208.95 |
| 03/18/2003 | Professional Reprographics - litigation copies. | $187.60 |
| 03/18/2003 | John W. Tummell, CCR - transcript of hearing. | $85.00 |
| 03/21/2003 | Photocopies. | $2.30 |
| 03/27/2003 | Photocopies. | $0.20 |
| 03/27/2003 | Photocopies. | $6.00 |
| 03/27/2003 | Long Distance Telephone Calls. | $3.89 |
| 03/27/2003 | Federal Express - overnight delivery to Marc Mayer | $26.80 |
| 04/07/2003 | Photocopies | $0.20 |
| 04/08/2003 | Pacer Service Center - legal research of United States Party/Case Index | $1.47 |
| 04/08/2003 | Pacer Service Center - legal research of Tennessee Middle District Court | $17.36 |
| 04/23/2003 | Long Distance Telephone Calls. | $4.63 |
| 04/24/2003 | Long Distance Telephone Calls | $5.37 |