## LIST OF EXPENSES

| Date | Description | Amount |
|---|---|---|
| 05/01/2003 | Photocopies | $2.20 |
| 05/01/2003 | Postage | $1.66 |
| 05/07/2003 | Photocopies | $0.30 |
| 05/07/2003 | Photocopies | $1.30 |
| 05/07/2003 | Photocopies | $0.30 |
| 05/07/2003 | Photocopies | $2.60 |
| 05/07/2003 | Photocopies | $2.80 |
| 05/07/2003 | Photocopies | $1.30 |
| 05/07/2003 | Photocopies | $0.20 |
| 05/07/2003 | Photocopies | $0.20 |
| 05/07/2003 | Photocopies | $4.30 |
| 05/08/2003 | Photocopies | $8.80 |
| 05/08/2003 | Photocopies | $4.70 |
| 05/14/2003 | Long Distance Telephone Calls 310-344-5284 | $1.67 |
| 05/15/2003 | Long Distance Telephone Calls 310-312-3154 | $1.30 |
| 05/15/2003 | Long Distance Telephone Calls 310-312-3715 | $1.30 |
| 05/16/2003 | Long Distance Telephone Calls 513-564-7330 | $3.15 |
| 05/16/2003 | Long Distance Telephone Calls 310-312-3154 | $1.30 |
| 05/16/2003 | Long Distance Telephone Calls 310-312-3715 | $0.93 |
| 05/20/2003 | Long Distance Telephone Calls 310-914-7978 | $0.93 |
| 05/23/2003 | Long Distance Telephone Calls 310-312-3715 | $0.56 |
| 05/23/2003 | Long Distance Telephone Calls 310-312-3715 | $1.30 |
| 05/28/2003 | Long Distance Telephone Calls 310-312-3715 | $4.26 |
| 05/28/2003 | Long Distance Telephone Calls 310-312-3715 | $2.04 |
| 05/29/2003 | Photocopies | $1.60 |
| 05/29/2003 | Photocopies | $1.40 |
| 05/29/2003 | Long Distance Telephone Calls 310-312-3715 | $0.93 |
| 05/29/2003 | U.S. District Court - filing fee | $105.00 |
| 06/02/2003 | Long Distance Telephone Calls 310-312-3715 | $0.93 |
| 06/02/2003 | Long Distance Telephone Calls 513-564-7033 | $1.67 |

## LIST OF EXPENSES

| Date | Description | Amount |
|---|---|---|
| 06/05/2003 | Long Distance Telephone Calls  310-312-3154 | $1.30 |
| 06/06/2003 | Photocopies | $0.60 |
| 06/06/2003 | Long Distance Telephone Calls  310-312-3154 | $6.48 |
| 06/06/2003 | Long Distance Telephone Calls  310-312-3715 | $2.78 |
| 06/08/2003 | Long Distance Telephone Calls  310-312-3154 | $3.52 |
| 06/08/2003 | Long Distance Telephone Calls  310-822-6179 | $1.67 |
| 06/11/2003 | Photocopies | $0.80 |
| 06/11/2003 | Long Distance Telephone Calls  513-564-7330 | $2.04 |
| 06/17/2003 | Photocopies | $0.20 |
| 06/17/2003 | Photocopies | $1.20 |
| 06/17/2003 | Long Distance Telephone Calls  310-312-2000 | $0.56 |
| 06/18/2003 | Long Distance Telephone Calls  310-312-2000 | $0.93 |
| 06/18/2003 | Federal Express - overnight delivery to Kathy Gould | $16.61 |
| 06/20/2003 | Long Distance Telephone Calls  310-312-3154 | $0.93 |
| 06/20/2003 | Long Distance Telephone Calls  310-312-3154 | $0.93 |
| 06/24/2003 | Philip M  Kirkpatrick - Parking for conference | $2.50 |
| 06/25/2003 | Long Distance Telephone Calls  310-312-3154 | $0.93 |
| 07/02/2003 | Long Distance Telephone Calls  310-312-2000 | $0.56 |
| 07/08/2003 | Professional Reprographics - light litigation copies | $393.75 |
| 07/09/2003 | Photocopies | $4.10 |
| 07/09/2003 | Pacer Service Center - research Tennessee Middle District Court | $0.07 |
| 07/16/2003 | Long Distance Telephone Calls  310-312-3154 | $2.41 |
| 07/23/2003 | Long Distance Telephone Calls  310-312-2000 | $0.93 |
| 08/06/2003 | Long Distance Telephone Calls  310-312-3154 | $1.67 |
| 08/25/2003 | Long Distance Telephone Calls  310-312-3154 | $0.93 |
| 08/26/2003 | Long Distance Telephone Calls  310-312-3154 | $2.78 |
| 08/28/2003 | Photocopies | $9.80 |
| 08/28/2003 | Photocopies | $0.10 |
| 08/28/2003 | Photocopies | $2.10 |
| 08/28/2003 | Long Distance Telephone Calls  310-312-2000 | $1.67 |

Client: 000409
Matter: 000034
Invoice #: 289022

## LIST OF EXPENSES

| Date | Description | Amount |
|---|---|---|
| 08/28/2003 | Long Distance Telephone Calls 312-310-2000 | $0.56 |
| 08/28/2003 | Long Distance Telephone Calls 310-312-2000 | $0.93 |
| 09/09/2003 | Long Distance Telephone Calls 310-312-3154 | $0.93 |
| 09/16/2003 | U.S. District Court - copy of complaint | $48.50 |
| 09/25/2003 | Summit Document Services - Nashville - litigation copies | $321.20 |
| 10/02/2003 | Long Distance Telephone Calls 310-312-3154 | $8.33 |
| 11/20/2003 | Photocopies | $0.40 |
| 11/20/2003 | Photocopies | $4.80 |
| 11/20/2003 | Long Distance Telephone Calls 310-312-2000 | $0.93 |

Total Expenses $2,985.40

Total Current Invoice $23,736.40
**TOTAL AMOUNT DUE** **$23,736.40**

# STEWART, ESTES & DONNELL

ATTORNEYS AT LAW
FINANCIAL CENTER, SUITE 1401
424 CHURCH STREET
NASHVILLE, TENNESSEE 37219-2392
TELEPHONE (615) 244-6538
TELECOPIER (615) 256-8386
FEDERAL TAX ID NO. 62-0947036

MCA Records, Inc.
Attn: JoAn Cho
2220 Colorado Avenue
Santa Monica, CA 90404

May 10, 2004
Page #: 1
Client    000409
Matter    000034
Invoice #: 290211

RE: Bridgeport Music v. MCA Records, et al
File No: 501-188/0409.0034

For Legal Services Rendered in Connection with the above Matter:

| | |
|---|---|
| Fees: | $22,673.75 |
| Expenses: | $412.03 |
| Total Fees and Expenses Due this Statement: | $23,085.78 |
| Total Amount Due: | $23,085.78 |

PLEASE RETURN THIS STATEMENT COVER
WITH YOUR PAYMENT TO ENSURE PROPER CREDIT TO YOUR ACCOUNT

# STEWART, ESTES & DONNELL

ATTORNEYS AT LAW
FINANCIAL CENTER, SUITE 1401
424 CHURCH STREET
NASHVILLE, TENNESSEE 37219-2392
TELEPHONE (615) 244-6538
TELECOPIER (615) 256-8386
FEDERAL TAX ID NO. 62-0947036

MCA Records, Inc.
Attn: JoAn Cho
2220 Colorado Avenue
Santa Monica, CA 90404

Page #: 1
Client: 000409
Matter: 000034
Invoice #: 290209

RE: Bridgeport Music v. MCA Records, et al.
File No: 501-188/0409.0034

For Professional Services Rendered Through May 10, 2004

| Date | Work Performed | Empl | Hours |
|---|---|---|---|
| 12/23/2003 | Receipt and review of BMG Stipulation and Order of Dismissal in 3:01-1037. | PMK | 0.20 |
| 12/23/2003 | Telephone conference with Mr. Mayer re case 0881; email to and from Mr. Mayer; conference call to Bob Sullivan's office re release; telephone conference to Mr. Sullivan's office; email to Mr. Sullivan; memorandum to file re c | PMK | 1.00 |
| 12/24/2003 | Telephone calls and emails with Mr. Mayer; telephone conference with Bob Sullivan re memorandum to file | PMK | 1.00 |
| 12/29/200 | Telephone call from Susan McDonald re and Universal; email re same to Mr. Mayer. | PMK | 0.40 |
| 01/05/2004 | Receipt and review of correspondence from Amy Everhart re | PMK | 0.20 |
| 01/05/2004 | Receipt and review of emails from Mr. Sullivan re ; emails to and from Mr. Mayer, Mr. Frackman, Mr. Goldman and Ms Cho re | PMK | 0.75 |
| 01/07/2004 | Receipt and review of order from judge regarding status conference on January 16, 2004 at 10:00 a.m. | PMK | 0.20 |
| 01/07/2004 | Receipt and review of order of voluntary dismissal for NEM Entertainment in 0824. | PMK | 0.20 |

Client: 000409
Matter: 000034
Invoice #: 290209

| Date | Work Performed | Empl | Hours |
|---|---|---|---|
| 01/07/2004 | Receipt and review of stipulation and order of dismissal in case 1078. | PMK | 0.20 |
| 01/07/2004 | Receipt and review of supplemental stipulation and order of dismissal with prejudice as to Sony Music and Ruffhouse Records in case 1051. | PMK | 0.20 |
| 01/12/2004 | Receipt and review of email from Mr. Mayer; telephone conference with Mr. Sullivan; email to Mr. Mayer re           ; telephone call from Ms. Goosby at King & Ballow re scheduling cost hearings in cases 0703 and 0706; emails to Ms. Goosby re same; emails to Ms. Everhart and Mr. Sullivan. | PMK | 1.00 |
| 01/13/2004 | Receipt and review of civil notice of cost hearing in cases 0703 and 0706 for February 24, 2004, at 10:00 a.m. | PMK | 0.20 |
| 01/13/2004 | Review of order; telephone conference with Mr. Mayer re          telephone conference with Mr. Sullivan's office; email to Mr. Sullivan; emails to and from Mr. Sullivan and Ms. Everhart. | PMK | 1.25 |
| 01/14/2004 | Three telephone conferences with Mr. Sullivan; e-mails to Mr. Sullivan                   ; draft e-mail correspondence to Mr. Busch; e-mails to Mitchell, Silberberg & Knupp and Ms. Cho; draft e-mail to Ms. DeSalvo; review of discovery and pleadings notebook in case 881. | PMK | 2.25 |
| 01/15/2004 | Telephone conferences with Mr. Sullivan, Mr. Lipshie; e-mails to and from Ramona DeSalvo, Mr. Goldman, Mr. Mayer; Ms. Cho; telephone conferences with Mr. Goldman; obtained agreement of dismissal from Plaintiffs' counsel. | PMK | 3.00 |
| 01/16/2004 | Attention to, receipt and review of correspondence from Samuel Lipshie | PMK | 0.20 |
| 01/16/2004 | Attention to, receipt and review of Order re: status conference set for February 11, 2004. | PMK | 0.20 |
| 01/16/2004 | Attention to, receipt and review of Order re: status report due February 9, 2004 from plaintiff(s). | PMK | 0.20 |
| 01/19/2004 | Telephone conference with Ms. Everhart; receipt and review of 29 orders; draft e-mail          to Mitchell, Silberburg & Knupp and client. | PMK | 1.50 |

Client: 000409
Matter: 000034
Invoice #: 290209

| Date | Work Performed | Empl | Hours |
|---|---|---|---|
| 01/20/2004 | Receipt and review of e-mail and list from Mr. Mayer regarding telephone conference with Mr. Sullivan; receipt and review of 27 orders regarding particulars of status reports to be filed by Plaintiffs; receipt and review of e-mail from Mr. Goldman; e-mail to Mr. Goldman. | PMK | 1.75 |
| 01/21/2004 | Two telephone conferences with Mr. Sullivan regarding telephone conference with Mr. Mayer's office; receipt and attention to e-mails from Ms. Everhart; telephone conference with Mr. Mayer regarding | PMK | 0.60 |
| 01/22/2004 | Receipt and review of list of Universal record entities from Ms. Everhart; telephone conference with Mr. Mayer; receipt and review of emails from Ms. Cho. | PMK | 0.50 |
| 01/23/2004 | Telephone conference with Mr. Mayer; memorandum to file. | PMK | 0.20 |
| 02/02/2004 | Telephone conference with Ms. Everhart; receipt and review of email from Ms. Everhart. | PMK | 0.30 |
| 02/03/2004 | Emails to Mr. Goldman and Mr. Mayer re upcoming hearing in 40 cases for February 11, 2004; review of file to assure that withdrawal of motions for Ms. Benson have all been filed. | PMK | 0.40 |
| 02/04/2004 | Review of answer; telephone conference with Ms. Willis at King & Ballow; telephone conference with Mr. Mayer re same; review 70F Issue in transcript of final pretrial. | PMK | 2.00 |
| 02/06/2004 | Telephone conference with Ms. Sarah Wills' office at King & Ballow. | PMK | 0.20 |
| 02/09/2004 | Telephone conference with Ms. Sarah Wills receipt and review of status reports from Plaintiffs; telephone conference with Mr. Mayer. | PMK | 2.50 |
| 02/10/2004 | Telephone conference with Mr. Sullivan; emails to Mr. Sullivan and Ms. Everhart; telephone conference with Mr. Mayer and review of materials from Mr. Mayer; letter to Mr. Goldman; preparation for status conference hearing. | PMK | 4.00 |

Client: 000409
Matter: 000034
Invoice #: 290209

| Date | Work Performed | Empl | Hours |
|---|---|---|---|
| 04/07/2004 | Receipt and review of five orders of dismissal from Mr. Sullivan's office re BMI settlements; email to Mr. Sullivan's office re ▇▇▇ email to Mr. Mayer re ▇▇▇ telephone conference with Mr. Sullivan; telephone conference with Ms. Bell in Mr. Sullivan's office; memorandum to file. | PMK | 2.00 |
| 04/08/2004 | Receipt and review of correspondence from Richard Busch to Leonard Green, Clerk of the Sixth Circuit Court of Appeals, regarding oral argument issues in cases 0703 and 0706. | PMK | 0.20 |
| 04/08/2004 | Receipt and review of correspondence from Richard Busch to Marc Mayer regarding settlement issues. | PMK | 0.20 |
| 04/08/2004 | Receipt and review of correspondence from Richard Busch to Marc Mayer regarding cases 0761 and 0824. | PMK | 0.20 |
| 04/08/2004 | Email to Ms. Bell in Mr. Sullivan's office; telephone conference with Mr. Mayer; conference with Ms. Bell; telephone calls from Mr. Busch re dismissal issues; emails to Mr. Mayer re same; email re reviews to be made with Mr. Mayer on April 9 re numerous stipulations of dismissals; receipt and review of emails from Mr. Mayer re ▇▇▇ ▇▇▇ receipt and review of emails from Ms. Bell, Mr. Goldman, Mr. Mayer, Ms. Cho, Mr. Frackman; telephone calls from Ms. DeSalvo at King & Ballow re conferring about our objections to the report and recommendations; telephone conference with Mr. Busch. | PMK | 3.00 |
| 04/09/2004 | Telephone conference with Richard Busch and his staff; telephone conferences with Mr. Mayer and review of certain answers and first amended complaint; review and signing numerous stipulations of dismissal. | PMK | 3.00 |
| 04/12/2004 | Receipt and review of order granting motion of Defendant Ten Ways to Sundown Music to set aside entry of default. | PMK | 0.20 |
| 04/12/2004 | Receipt and review of stipulations of dismissal in cases 0711, 0722, 0805, 0811, 0891, and 904. | PMK | 0.60 |
| 04/13/2004 | Receipt and review of signed orders and stipulations of dismissal in cases 0715, 0764, 0768, 0798, 0829, 0848, and 0870. | PMK | 0.70 |
| 04/13/2004 | Receipt and review of Plaintiffs' subpoenas to the Harry Fox Agency in cases 903, 884, 883, 873, 840, 838, 824, 813, 798, 795, 793, 791, 768, 763, 761, 759, and 718. | PMK | 0.20 |

110

| Date | Work Performed | Empl | Hours |
|---|---|---|---|
| 04/15/2004 | Receipt and review of signed stipulations of dismissal and orders of dismissal in cases 0725, 0759, 0767, 0772, 0791, 0806, 0815, 0836 and 1062. | PMK | 0.20 |
| 04/15/2004 | Receipt and review of correspondence from Busch's paralegal regarding case 0798 and withdrawing subpoena due to case being dismissed. | PMK | 0.20 |
| 04/15/2004 | Receipt and review of email from Mr. Sullivan; email to Mr. Mayer with copies of entered stipulations and orders [redacted] receipt and review of numerous emails re oral argument and times for same; email to Mr. Frackman re [redacted] | PMK | 2.00 |
| 04/16/2004 | Receipt and review of signed stipulation of dismissal in case 0879. | PMK | 0.20 |
| 04/16/2004 | Telephone conference with Ramona DeSalvo, Marc Mayer; emails to Mr. Mayer. | PMK | 1.00 |
| 04/18/2004 | Review of emails from Mr. Mayer, Ms. Cho and Mr. Frackman; draft motion for additional time for oral argument. | PMK | 1.50 |
| 04/19/2004 | Review and continued draft and editing of motion for additional time for oral argument in case 03-5004 (703); telephone conference with Ms. Mary Patterson of the Sixth Circuit; conference call with counsel for other defendants in other appeals and Messrs. Frackman, Goldman and Mayer; drafting motion for additional time for oral argument in case 0706/03-5005 and case 5744; letter to clerk of Sixth Circuit; telephone calls and emails to Mr. Mayer. | PMK | 4.50 |
| 04/20/2004 | Telephone conference to Sixth Circuit Court; telephone conference with Mr. Busch re motions filed for additional oral argument time; memorandum to file. | PMK | 0.50 |
| 04/21/2004 | Receipt and review of Plaintiff's Response to Defendant Loud Records' Objections or Request for Clarification Regarding Motion for Default. | PMK | 0.20 |
| 04/21/2004 | Receipt and review of stipulations and agreed orders to extend time in cases 0791, 0761, and 0799 | PMK | 0.20 |
| 04/21/2004 | Receipt and review of stipulation of dismissal with prejudice in case 0824. | PMK | 0.20 |
| 04/21/2004 | Telephone conference with Sixth Circuit Court personnel re denial of motion; email to MS&K re same | PMK | 0.20 |
| 04/22/2004 | Receipt and review of email from Ms. Everhart. | PMK | 0.20 |

| Date | Work Performed | Empl | Hours |
|---|---|---|---|
| 04/23/2004 | Receipt and review of Plaintiffs' Response Regarding Objections to Defendants Universal Studios, Inc. and Songs of Universal, Inc. to Report and Recommendation Regarding Motion for Default Judgment Against Sort Muzik and Order of Default Judgment Against Defendant Sort Muzik. | PMK | 0.20 |
| 04/23/2004 | Receipt and review of opinion in Sixth Circuit denying plaintiff's motion to recuse Judge Barzilay. | PMK | 0.20 |
| 04/26/2004 | Receipt and review of Notice of Renewal and Refiling of Plaintiffs Bridgeport Music, Inc. and Southfield Music, Inc.'s Motion for Judgment by Default Against Defendant Burchu Music in case 0759. | PMK | 0.20 |
| 04/28/2004 | Receipt and review of orders from Sixth Circuit denying motion for additional time for oral argument in 03-5004 and 03-5004. | PMK | 0.20 |
| 04/28/2004 | Receipt and review of orders of dismissal in cases 745 and 915. | PMK | 0.20 |
| 04/28/2004 | Receipt and review of appearance of counsel for Plaintiff of Jeannine Huber in cases 03-5004 and 03-5005. | PMK | 0.20 |
| 04/28/2004 | Receipt and review of order of default judgment against TWA Muzick in 791. | PMK | 0.20 |
| 04/28/2004 | Receipt and review of Plaintiffs' Response Regarding Objections of Defendants Universal to Report and Recommendation Regarding Motion for Default Judgment Against TWZ Muzick. | PMK | 0.20 |
| 04/28/2004 | Receipt and review of order of default judgment against Damian Music, Inc. in case 0761. | PMK | 0.20 |
| 04/28/2004 | Receipt and review of Plaintiffs' Response Regarding Objections of Defendants UMG Recordings, Inc. and Universal Music Group, Inc to Report and Recommendation Regarding Motion for Default Judgment Against Damian Music in case 0761. | PMK | 0.20 |
| 05/04/2004 | Receipt and attention to email from Mr. Frackman. | PMK | 0.10 |
| 05/05/2004 | Telephone call from Marc Mayer re fee ████████ ████████, memorandum to file re same; receipt and review of email from Mr. Mayer re same. | PMK | 0.50 |
| 05/06/2004 | Email to Mr. Mayer re ████████ detailed review of statements for services in connection with fee application; draft declaration in support of fee application; telephone conference with Mr. mayer re ████; emails to Mr. Mayer and client re ████. | PMK | 5.50 |

| Date | Work Performed | Empl | Hours |
|---|---|---|---|
| 05/05/2004 | Telephone call from Marc Mayer re fee motions and declaration; memorandum to file re same; receipt and review of email from Mr. Mayer re same | PMK | 0.50 |
| 05/06/2004 | Email to Mr. Mayer re fee application declaration; detailed review of statements for services in connection with fee application; ██████████ ██████████ to Mr. Mayer and client re same. | PMK | 5.50 |
| 05/07/2004 | Receipt and review of correspondence from Mr. Busch to Mr. Frackman regarding various matters. | PMK | 0.20 |
| 05/07/2004 | Receipt and review of two emails from Mr. Mayer re fee applications. | PMK | 0.20 |
| 05/10/2004 | Phone conference with Mr. Mayer re fee application and declaration; drafting and editing declarations in fifteen cases. | PMK | 4.00 |

| | | | | |
|---|---|---|---|---|
| Total Hours | 82.45 | | Total Fees | $22,673.75 |

## TIMEKEEPER SUMMARY

| Timekeeper | | | Time | Rate | Amount |
|---|---|---|---|---|---|
| PMK | Philip M. Kirkpatrick | Partner | 81.70 | $275.00 | $22,467.50 |
| RHF | R. Horton Frank | Partner | 0.75 | $275.00 | $206.25 |

## LIST OF EXPENSES

| 12/19/2003 | Long Distance Telephone Calls 310-312-3154 | $0.93 |
|---|---|---|
| 12/23/2003 | Long Distance Telephone Calls 310-312-3154 | $5.37 |
| 12/30/2003 | Long Distance Telephone Calls 310-312-3154 | $0.93 |
| 01/12/2004 | Pacer Service Center - research of U.S. Court of Appeals, Sixth Circuit | $2.45 |
| 01/12/2004 | Pacer Service Center - research of Tennessee Middle District Court. | $0.98 |
| 01/13/2004 | Long Distance Telephone Calls 310-312-3154 | $2.41 |
| 01/15/2004 | Long Distance Telephone Calls 310-312-3154 | $1.67 |
| 01/21/2004 | Long Distance Telephone Calls 310-312-3154 | $0.93 |
| 01/22/2004 | Long Distance Telephone Calls 310-312-3154 | $0.93 |

LIST OF EXPENSES

| Date | Description | Amount |
|---|---|---|
| 02/10/2004 | Photocopies | $1.00 |
| 02/10/2004 | Long Distance Telephone Calls. 310-312-3154 | $3.15 |
| 02/10/2004 | Long Distance Telephone Calls. 310-312-3154 | $2.41 |
| 02/10/2004 | Long Distance Telephone Calls. 310-312-2000 | $0.56 |
| 02/10/2004 | Long Distance Telephone Calls. 312-310-2000 | $0.56 |
| 02/10/2004 | Long Distance Telephone Calls. 312-310-2000 | $0.56 |
| 02/10/2004 | Long Distance Telephone Calls. 310-312-2000 | $0.56 |
| 02/10/2004 | Long Distance Telephone Calls. 310-312-3154 | $2.04 |
| 02/10/2004 | Long Distance Telephone Calls. 310-312-3154 | $0.56 |
| 02/11/2004 | Photocopies. | $0.20 |
| 02/11/2004 | Photocopies. | $2.60 |
| 02/11/2004 | Long Distance Telephone Calls. 310-312-3154 | $6.48 |
| 02/11/2004 | Philip M. Kirkpatrick - Parking for 2/11/04 hearing. | $4.50 |
| 02/20/2004 | Long Distance Telephone Calls. 310-865-9629 | $1.67 |
| 03/09/2004 | Photocopies. | $0.30 |
| 03/09/2004 | Long Distance Telephone Calls. 310-312-3154 | $1.30 |
| 03/09/2004 | Long Distance Telephone Calls. 310-312-3154 | $4.26 |
| 03/10/2004 | Photocopies. | $7.20 |
| 03/26/2004 | Photocopies. | $1.80 |
| 03/29/2004 | Photocopies. | $0.80 |
| 03/30/2004 | Long Distance Telephone Calls. 310-312-3154 | $9.81 |
| 03/31/2004 | Long Distance Telephone Calls. 310-312-3154 | $1.30 |
| 04/01/2004 | U.S. District Court - copies. | $4.50 |
| 04/02/2004 | Photocopies. | $0.10 |
| 04/02/2004 | Photocopies. | $13.60 |
| 04/02/2004 | Long Distance Telephone Calls. 310-312-2000 | $0.93 |
| 04/02/2004 | Long Distance Telephone Calls. 310-312-2000 | $0.93 |
| 04/02/2004 | U.S. District Court - copies. | $2.50 |
| 04/02/2004 | Ed Faulkner - Mileage to and from Federal Court to obtain copies (1.5 miles @ $ 375 per mile). | $0.56 |
| 04/05/2004 | Postage | $2.21 |

## LIST OF EXPENSES

| Date | Description | Amount |
|---|---|---|
| 04/06/2004 | Long Distance Telephone Calls. 310-312-3154 | $5.74 |
| 04/07/2004 | Long Distance Telephone Calls. 310-312-3154 | $1.30 |
| 04/07/2004 | Long Distance Telephone Calls. 310-312-3154 | $2.41 |
| 04/07/2004 | Long Distance Telephone Calls. 310-312-2000 | $0.56 |
| 04/07/2004 | Long Distance Telephone Calls. 310-312-2000 | $0.56 |
| 04/07/2004 | Pacer Service Center - computerized legal research of U.S. Court of Appeals, Sixth Circuit. | $3.01 |
| 04/07/2004 | Pacer Service Center - computerized legal research of Tennessee Middle District Court. | $44.80 |
| 04/08/2004 | Long Distance Telephone Calls. 310-312-3154 | $6.11 |
| 04/08/2004 | Long Distance Telephone Calls. 310-312-3154 | $3.15 |
| 04/09/2004 | Photocopies. | $16.80 |
| 04/09/2004 | Long Distance Telephone Calls. 310-312-2000 | $0.56 |
| 04/09/2004 | Long Distance Telephone Calls. 310-312-2000 | $0.93 |
| 04/09/2004 | Long Distance Telephone Calls. 310-312-2000 | $0.93 |
| 04/09/2004 | Long Distance Telephone Calls. 310-312-2000 | $0.93 |
| 04/09/2004 | Long Distance Telephone Calls. 310-312-2000 | $0.93 |
| 04/09/2004 | Long Distance Telephone Calls. 310-312-3154 | $3.15 |
| 04/09/2004 | Long Distance Telephone Calls. 310-312-3154 | $3.15 |
| 04/12/2004 | Photocopies. | $1.60 |
| 04/12/2004 | Photocopies. | $4.40 |
| 04/12/2004 | Photocopies. | $35.70 |
| 04/12/2004 | Photocopies. | $50.60 |
| 04/13/2004 | Photocopies. | $1.50 |
| 04/13/2004 | Photocopies. | $0.80 |
| 04/14/2004 | Photocopies. | $2.20 |
| 04/14/2004 | Photocopies. | $0.60 |
| 04/14/2004 | Postage | $11.00 |
| 04/14/2004 | Long Distance Telephone Calls. 310-312-2000 | $0.93 |
| 04/15/2004 | Photocopies. | $2.10 |
| 04/16/2004 | Long Distance Telephone Calls. 310-312-3154 | $2.78 |
| 04/16/2004 | Long Distance Telephone Calls. 310-312-3154 | $0.93 |

## LIST OF EXPENSES

| Date | Description | Amount |
|---|---|---|
| 04/16/2004 | Long Distance Telephone Calls. 310-312-3154 | $0.93 |
| 04/16/2004 | Long Distance Telephone Calls. 310-312-3154 | $1.67 |
| 04/16/2004 | Long Distance Telephone Calls. 310-344-5284 | $0.56 |
| 04/16/2004 | Long Distance Telephone Calls. 310-312-3154 | $1.67 |
| 04/19/2004 | Photocopies. | $0.20 |
| 04/19/2004 | Photocopies. | $0.30 |
| 04/19/2004 | Photocopies. | $0.20 |
| 04/19/2004 | Photocopies. | $0.80 |
| 04/19/2004 | Photocopies. | $6.40 |
| 04/19/2004 | Photocopies. | $6.30 |
| 04/19/2004 | Postage | $1.06 |
| 04/19/2004 | Long Distance Telephone Calls. 310-312-3154 | $0.56 |
| 04/19/2004 | Long Distance Telephone Calls. 513-564-7033 | $1.67 |
| 04/19/2004 | Long Distance Telephone Calls. 310-312-3154 | $0.56 |
| 04/19/2004 | Long Distance Telephone Calls. 310-312-3154 | $1.30 |
| 04/19/2004 | Long Distance Telephone Calls. 513-564-7033 | $0.56 |
| 04/19/2004 | Federal Express - overnight delivery to U.S. District Court in Cincinnati, Ohio. | $19.04 |
| 04/20/2004 | Long Distance Telephone Calls. 513-564-7033 | $0.93 |
| 04/23/2004 | Photocopies. | $1.00 |
| 04/30/2004 | Photocopies. | $1.80 |
| 05/03/2004 | Postage | $1.20 |
| 05/04/2004 | Long Distance Telephone Calls 310-312-2000 | $0.93 |
| 05/06/2004 | Photocopies. | $4.30 |
| 05/06/2004 | Long Distance Telephone Calls. 310-312-3154 | $7.96 |
| 05/06/2004 | Long Distance Telephone Calls. 310-312-3781 | $0.56 |
| 05/06/2004 | Long Distance Telephone Calls. 310-312-3154 | $6.11 |
| 05/07/2004 | Long Distance Telephone Calls. 310-312-3154 | $1.30 |
| 05/07/2004 | Charlotte Sloan - transcript of hearing. | $17.43 |
| 05/10/2004 | Long Distance Telephone Calls. 310-312-3154 | $0.93 |

### LIST OF EXPENSES

| | | | |
|---|---|---|---|
| 05/10/2004 | Long Distance Telephone Calls, 310-312-3154 | | $3.15 |
| | Total Expenses | | $412.03 |

| | |
|---|---|
| Total Current Invoice | $23,085.78 |
| **TOTAL AMOUNT DUE** | **$23,085.78** |