# STEWART, ESTES & DONNELL, PLC

ATTORNEYS AT LAW
FIFTH THIRD CENTER, SUITE 1401
424 CHURCH STREET
NASHVILLE, TENNESSEE 37219-2392
TELEPHONE (615) 244-6538
TELECOPIER (615) 256-8386
FEDERAL TAX ID NO. 62-0947036

MCA Records, Inc.
Attn: JoAn Cho
2220 Colorado Avenue
Santa Monica, CA 90404

August 20, 2004
Page #: 1
Client: 000409
Matter: 000034
Invoice #: 290896

RE: Bridgeport Music v. MCA Records, et al
File No: 501-188/0409 0034

For Professional Services Rendered Through July 31, 2004

| Date | Work Performed | Empl | Hours |
|---|---|---|---|
| | REDACTED | | |
| 05/14/2004 | telephone conference with Mr. Mayer re discovery responses and plan for service on May 19, 2004; review of orders re discovery response requirements. | PMK | |
| 05/19/2004 | Review and editing several sets of discovery responses in 18 cases; telephone conferences with Ms. DeSalvo; telephone conferences with Mr. Mayer. | PMK | 4.50 |
| 05/20/2004 | Telephone conference with Mr. Mayer; draft letter to Mr. Busch; letter to Ms. DeSalvo re discovery agreement | PMK | 1.25 |


EXHIBIT 2

118

| Date | Work Performed | Empl | Hours |
|---|---|---|---|
| 05/21/2004 | Telephone conference with Mr. Mayer re discovery responses due in eighteen cases, | PMK | REDACTED |
| 05/24/2004 | Receipt and review of correspondence from Mr. Mayer to Mr. Busch regarding documents being produced in several cases. | PMK | REDACTED |
| 06/03/2004 | Receipt and review of correspondence from Marc Mayer to Mr. Busch regarding discovery responses and Harry Fox subpoenas. | PMK | 0.20 REDACTED |

| Date | Work Performed | Empl | Hours |
|------|----------------|------|-------|

REDACTED

| 10/01/2004 | Receipt and review of orders in cases 0990, 1008, 1020, 1099, 1150, 1158, 1160, and 1170 regarding written discovery and response deadlines | PMK | 0.20 |

REDACTED

| 10/11/2004 | Receipt and review of correspondence from Marc Mayer to Richard Busch regarding cases 919 through 1092 | PMK | 0.20 |

REDACTED

| Date | Work Performed | Empl | Hours |
|---|---|---|---|

REDACTED

| | | | |
|---|---|---|---|
| 11/24/2004 | Telephone call from Marc Mayer; telephone call to Marc Mayer; memorandum to file re scheduling of papers and discovery to prepare and serve. | PMK | 0.75 |

REDACTED

| | | | |
|---|---|---|---|
| 11/29/2004 | Receipt and review of subpoenas to the Harry Fox Agency. | PMK | 0.20 |
| 11/29/2004 | Receipt of and attention to e-mails from Marc Mayer regarding 15 cases in which we will be serving discovery requests and logistics for same; receipt of and attention to two e-mails from Ramona DeSalvo regarding cases to be dismissed; | PMK | 3.50 |

REDACTED

| | | | |
|---|---|---|---|
| 11/29/2004 | (cont) receipt and thorough review of chart/memorandum regarding same regarding 52 remaining active cases; receipt and review of e-mail from Mr. Mayer with four sets of discovery to serve by hand, 1150, 1151, 1158 & 1165; review of 12 sets of discovery and signing same for service; telephone conferences with Mr. Mayer and e-mail regarding service | PMK | 0.00 |

| Date | Work Performed | Empl | Hours |
|---|---|---|---|
| 11/30/2004 | e-mail to Mr. Mayer regarding completion of discovery; | PMK | 1.60 |

**REDACTED**

| | | | |
|---|---|---|---|
| 12/02/2004 | Receipt, attention to and review of motions and memorandum for voluntary dismissal in 18 cases with attachments; e-mails to and from Mr. Mayer; | PMK | 3.00 |

**REDACTED**

| Date | Work Performed | Empl | Hours |
|---|---|---|---|
| | **REDACTED** | | |
| 12/07/2004 | | PMK | 1.00 |
| | email to Mr. Mayer re contact with Ms. De Salvo re ASCAP subpoena | | |
| 12/08/2004 | Receipt and review of orders lifting stay for depositions starting February 1 and to be completed by June 2005 in twenty-one cases. | PMK | 0.20 |
| | **REDACTED** | | |
| 12/10/2004 | Receipt and review of correspondence from Ramona De Salvo regarding propounded discovery in dismissed cases 1055 and 0925 | PMK | 0.20 |
| 12/10/2004 | Review of orders lifting stays for depositions; receipt and review of email from Mr. Mayer re multi track masters | PMK | 1.00 |
| | **REDACTED** | | |
| 12/14/2004 | Receipt and review of email from Mr. Mayer; email to Ms. De Salvo re subpoena; receipt and review of emails from Mr. Mayer re responses to motions for voluntary dismissal. | PMK | 1.00 |
| 12/15/2004 | Receipt and review of three sets of written discovery from Plaintiffs in case 1099; e-mails to Mr. Mayer and Ms. DeSalvo regarding same | PMK | 0.75 |

| Date | Work Performed | Empl | Hours |
|---|---|---|---|
| 12/15/2004 | Conference with P. Kirkpatrick regarding responses to motions for voluntary dismissal of case; research regarding form for pleadings; review pleadings and approve. | RHF | 0.75 |

**REDACTED**

| | | | |
|---|---|---|---|
| 12/22/2004 | Telephone calls to and from Judge Higgins' office; telephone conference with Mr. Mayer; review of motions in 884 and 922; memorandum to file | PMK | 1.50 |
| 01/04/2005 | Receipt and review of Stipulated Protective Orders Governing Subpoenas Directed to the Harry Fox Agency | PMK | 0.20 |

**REDACTED**

| Date | Work Performed | Empl | Hours |
|---|---|---|---|
| 01/11/2005 | | PMK | 3.50 |

**REDACTED**

telephone conference with Ms. DeSalvo re case 203 ASCAP subpoena; telephone conference with Mr. Mayer re request by Ms. DeSalvo for mutual extension until January 18 to respond to discovery in 25 cases; receipt and attention to emails from Ms. DeSalvo, Ms. Cho, Mr. Mayer and Mr. Goldman

**REDACTED**

| | | | |
|---|---|---|---|
| 01/13/2005 | Receipt and review of orders granting motion to dismiss in cases 0937 and 0937 | PMK | 0.20 |
| 01/13/2005 | Review and editing of response in opposition to plaintiffs' motion to voluntarily dismiss case 1055; emails to Mr. Mayer re same; telephone conferences with Mr. Mayer; preparation of chart re dismissal orders and review of orders and pacer; | PMK | 3.00 |

**REDACTED**

| Date | Work Performed | Empl | Hours |
|---|---|---|---|

**REDACTED**

| Date | Work Performed | Empl | Hours |
|---|---|---|---|
| 01/17/2005 | Attention to and brief review of Bridgeport's discovery responses received; receipt and review of emails from Mr. Mayer; emails to Mr. Mayer; review of draft discovery responses from Mr. Mayer; review of emails re remaining orders of dismissal and potential appeals of same; revision of chart re same | PMK | 2.50 |
| 01/17/2005 | Receipt and review of written discovery responses from Mr. Mayer in cases 0917 and 1137. | PMK | 0.50 |
| 01/18/2005 | Emails to Mr. Mayer re discovery issues. | PMK | 0.40 |
| 01/19/2005 | Review of emails to and from Mr. Mayer, Ms. Cho and Mr. Frackman re discovery issues and appellate issues | PMK | 1.50 |

**REDACTED**

| Date | Work Performed | Empl | Hours |
|---|---|---|---|
| | **REDACTED** | | |
| 02/04/2005 | Receipt and review of correspondence from Marc Mayer to Ramona DeSalvo regarding discovery dispute. | PMK | 0.20 |
| 02/04/2005 | **REDACTED** draft email correspondence to Mr Busch and Ms DeSalvo with revised scheduling order; review of letter to Ms DeSalvo re discovery disputes; | | |

**REDACTED**

| | | | |
|---|---|---|---|
| 02/08/2005 | draft email re telephone conference with Ms DeSalvo in discovery dispute; telephone conference with Mr. Mayer; memorandum to file | | |

**REDACTED**

| Date | Work Performed | Empl | Hours |
|------|----------------|------|-------|

**REDACTED**

| | | | |
|------|----------------|------|-------|
| 02/15/2005 | Receipt and review of correspondence from Ms. DeSalvo regarding Harry Fox Agency | PMK | 0.20 |

**REDACTED**

| Date | Work Performed | Empl | Hours |
|---|---|---|---|

REDACTED

| | | | |
|---|---|---|---|
| 03/03/2005 | review of draft response in opposition to Motion to voluntarily dismiss 1016 and emails re same; | PMK | 2.00 |

REDACTED

| | | | |
|---|---|---|---|
| 03/07/2005 | Receipt and review of order of dismissal in case 0986. | PMK | 0.20 |
| 03/07/2005 | Receipt and review of order of dismissal in case 1141 | PMK | 0.20 |

REDACTED

| Date | Work Performed | Empl | Hours |
|------|----------------|------|-------|

**REDACTED**

| | | | |
|---|---|---|---|
| 03/16/2005 | Receipt and review of document discovery in 16 cases from MS&K | PMK | 0.20 |
| 03/16/2005 | **REDACTED** | | |

| Date | Work Performed | Empl | Hours |
|---|---|---|---|

**REDACTED**

| | | | |
|---|---|---|---|
| 03/22/2005 | receipt and review of email and 18 draft agreed orders re confidentiality from Ms. DeSalvo re Harry Fox documents; several emails to and from Mr. Mayer re same | PMK | 2.00 |

**REDACTED**

| | | | |
|---|---|---|---|
| 03/24/2005 | receipt and review of 18 agreed orders re Harry Fox confidentiality stipulation, | PMK | 2.00 |

**REDACTED**

| | | | |
|---|---|---|---|
| 03/25/2005 | Receipt and review of order in case 1126 granting plaintiffs' motion for 30 day extension relating to face to face meeting | PMK | 0.10 |
| 03/25/2005 | Receipt and review of order in case 1158 granting plaintiffs' motion for 30 day extension relating to face to face meeting | PMK | 0.10 |
| 03/25/2005 | Receipt and review of order in case 1040 granting plaintiffs' motion for 30 day extension relating to face to face meeting | PMK | 0.10 |