| Date | Work Performed | Empl | Hours |
|---|---|---|---|
| 03/25/2005 | Receipt and review of order in case 1145 granting plaintiffs' motion for 30 day extension relating to face to face meeting. | PMK | 0.10 |
| 03/25/2005 | Receipt and review of order in case 0916 granting plaintiffs' motion for 30 day extension relating to face to face meeting. | PMK | 0.10 |
| 03/25/2005 | Receipt and review of order in case 1150 granting plaintiffs' motion for 30 day extension relating to face to face meeting. | PMK | 0.10 |
| 03/25/2005 | Receipt and review of order in case 1052 granting plaintiffs' motion for 30 day extension relating to face to face meeting | PMK | 0.10 |

**REDACTED**

| | | | |
|---|---|---|---|
| 03/25/2005 | Receipt and review of agreed order between plaintiffs | PMK | 0.10 |

**REDACTED**

| | | | |
|---|---|---|---|
| 03/25/2005 | Receipt and review of agreed order between plaintiffs and Sony Defendants in case 1116 re defendant shall be bound by Stipulated Protective Order Governing Subpoena directed to The Harry Fox Agency | PMK | 0.10 |
| 03/28/2005 | Receipt and review of order dismissing case 1040 without prejudice | PMK | 0.10 |

**REDACTED**

| Date | Work Performed | Empl | Hours |
|---|---|---|---|
| 03/28/2005 | Receipt and review of order of dismissal without prejudice in case 1016 | PMK | 0.10 |
| | **REDACTED** | | |
| 03/28/2005 | Receipt and review of order in case 971 granting plaintiffs' motion for 30 day extension relating to face to face meeting | PMK | 0.10 |
| | **REDACTED** | PMK | 0.10 |
| 03/28/2005 | Receipt and review of order in case 1116 granting plaintiffs' motion for 30 day extension relating to face to face meeting | PMK | 0.10 |
| | **REDACTED** | | |
| 03/28/2005 | Receipt and review of Rule 30(b)(6) deposition of Defendant Universal Music Group in case 0718 | PMK | 0.10 |
| 03/28/2005 | Receipt and review of Rule 30(b)(6) deposition of Defendants Def Jam Records and UMG Recordings, Inc. in case 0718 | PMK | 0.10 |
| | **REDACTED** | | |
| 03/28/2005 | Receipt and review of Rule 30(b)(6) deposition in case 0780 | PMK | 0.10 |
| | **REDACTED** | | |
| 03/28/2005 | Receipt and review of Rule 30(b)(6) deposition in case 0795 | PMK | 0.10 |

| Date | Work Performed | Empl | Hours |
|------|----------------|------|-------|

**REDACTED**

| Date | Work Performed | Empl | Hours |
|------|----------------|------|-------|
| 03/28/2005 | Receipt and review of Rule 30(b)(6) deposition of Universal Music Publishing in case 0873 | PMK | 0.10 |
| 03/28/2005 | Receipt and review of Rule 30(b)(6) deposition of Universal Studios, Inc. in case 0873 | PMK | 0.10 |

**REDACTED**

| Date | Work Performed | Empl | Hours |
|------|----------------|------|-------|
| 03/28/2005 | Receipt and review of Rule 30(b)(6) deposition of Universal-Songs of Polygram, International, Inc in case 1040 | PMK | 0.10 |
| 03/28/2005 | Receipt and review of Rule 30(b)(6) deposition in case 1052 | PMK | 0.10 |

**REDACTED**

| Date | Work Performed | Empl | Hours |
|------|---------------|------|-------|
| | REDACTED | | |
| 03/28/2005 | Receipt and review of Rule 30(b)(6) deposition in case 1126. | PMK | 0.10 |
| | REDACTED | | |
| 03/28/2005 | Receipt and review of Rule 30(b)(6) deposition in case 1158. | PMK | 0.10 |
| | REDACTED | | |
| 03/28/2005 | Receipt and review of Rule 30(b)(6) deposition of Interscope-Geffen-A&M in case 0971 | PMK | 0.10 |
| 03/28/2005 | Receipt and review of Rule 30(b)(6) deposition of Universal Music Group in case 0971 | PMK | 0.10 |
| | REDACTED | | |
| 03/28/2005 | Receipt and review of Rule 30(b)(6) deposition in case 1037 | PMK | 0.10 |
| 03/28/2005 | Receipt and review of Rule 30(b)(6) deposition of MCA Records and UMG Recordings, Inc. in case 1040. | PMK | 0.10 |

| Date | Work Performed | Empl | Hours |
|---|---|---|---|

REDACTED

03/29/2005 emails from Ms. Cho re discovery issues in several cases; status of other cases; meet-and-confer issues; PMK 2.00

REDACTED

| Date | Work Performed | Empl | Hours |
|---|---|---|---|
| | **REDACTED** | | |
| 03/30/2005 | Receipt and review of Agreed Order re Stipulated Protective Order Governing Subpoena Directed to The Harry Fox Agency in case 1037. | PMK | 0.10 |
| 03/30/2005 | Receipt and review of Agreed Order re Stipulated Protective Order Governing Subpoena Directed to The Harry Fox Agency in case 1052. | PMK | 0.10 |
| 03/30/2005 | Receipt and review of Agreed Order re Stipulated Protective Order Governing Subpoena Directed to The Harry Fox Agency in case 1103. | PMK | 0.10 |
| 03/30/2005 | Receipt and review of Agreed Order re Stipulated Protective Order Governing Subpoena Directed to The Harry Fox Agency in case 1116. | PMK | 0.10 |
| 03/30/2005 | Receipt and review of Agreed Order re Stipulated Protective Order Governing Subpoena Directed to The Harry Fox Agency in case 1126. | PMK | 0.10 |
| | **REDACTED** | | |
| 03/30/2005 | Receipt and review of Agreed Order re Stipulated Protective Order Governing Subpoena Directed to The Harry Fox Agency in case 1158. | PMK | 0.10 |

**REDACTED**

| Date | Work Performed | Empl | Hours |
|------|----------------|------|-------|

REDACTED

04/05/2005 PMK 4.00

REDACTED

receipt and review of letter from Mr Goldman to Ms Delsalvo re deposition disputes;

| Date | Work Performed | Empl | Hours |
|---|---|---|---|
| 04/06/2005 | Continued review and editing and communications re memorandum for reconsideration; telephone calls and emails with Mr. Goldman; review and final editing of preparation of motion and editing of same; emails to and from Ms. Cho re same | PMK | 5.00 |
| 04/06/2005 | Assist in preparation of brief for filing; obtain copies of all cases required to be furnished to court according to local rules; | JHJ | 1.50 |

**REDACTED**

| | | | |
|---|---|---|---|
| 04/07/2005 | Receipt and review of email from Mr. Goldman; receipt and review of two emails from Ms. DeSalvo; | PMK | 3.50 |
| 04/08/2005 | Receipt and review of correspondence from Mr Goldman to Ms. DeSalvo regarding deposition dispute | PMK | 0.20 |

**REDACTED**

| | | | |
|---|---|---|---|
| 04/11/2005 | Receipt and review of correspondence from Ms DeSalvo to Jeff Goldman regarding scheduling of depositions. | PMK | 0.20 |
| 04/11/2005 | Receipt and attention to emails from MS&K; emails to MS&K re pending issues with plaintiff's counsel. | PMK | 1.00 |

**REDACTED**

| Date | Work Performed | Empl | Hours |
|---|---|---|---|
| 04/13/2005 | Receipt and review of correspondence from Ms. DeSalvo regarding face-to-face conference, discovery issues and conference call. | PMK | 0.20 |
| 04/13/2005 | Telephone conference with Jeff Goldman preparatory to conference call with Mr. Busch; participation in extended conference call with Mr. Busch and Mr. Goldman re deposition issues and document production issues; review of materials preparatory to conference call hearing with Magistrate Judge Brown; memorandum to file; conference call with Mr. Goldman, Mr. Bauman, Mr Frackman; conference call with Mr. Frackman and Ms. Cho; email to Ms. Everhart; telephone conference with Mr. Bush | PMK | 6.00 |

REDACTED

| 04/15/2005 | Two telephone conferences with Mr. Bush, conference call with Magistrate Judge Brown; | PMK | 2.00 |

REDACTED

| 04/18/2005 | Receipt and review of correspondence from Russell Frackman to Richard Busch regarding discovery regarding profits from foreign exploitation | PMK | 0.20 |

| Date | Work Performed | Empl | Hours |
|---|---|---|---|

REDACTED

| | | | |
|---|---|---|---|
| 04/19/2005 | Receipt and review of correspondence from Ms. DeSalvo regarding discovery and request for face-to-face meet and confer | PMK | 0.20 |
| 04/19/2005 | Receipt and review of order from Judge Brown regarding discovery dispute telephone conference | PMK | 0.20 |
| 04/19/2005 | Receipt and review of second letter from Ms. DeSalvo to Jeff Goldman regarding discovery dispute | PMK | 0.20 |

REDACTED

| | | | |
|---|---|---|---|
| 04/22/2005 | Receipt and review of correspondence from Ms DeSalvo regarding production of documents regarding profits from foreign exploitation. | PMK | 0.20 |

| Date | Work Performed | Empl | Hours |
|---|---|---|---|
| 04/22/2005 | Receipt and review of correspondence from Mr Mayer to Ms DeSalvo regarding issues for possible face-to-face meet and confer | PMK | 0.20 |

**REDACTED**

| | | | |
|---|---|---|---|
| 04/25/2005 | Email to Mr. Mayer; receipt and review of emails from Mr. Mayer | PMK | 0.30 |

**REDACTED**

| | | | |
|---|---|---|---|
| 04/27/2005 | Receipt and review of Plaintiff's motion and memorandum to voluntary dismiss in case 3:01-1082. | PMK | 0.20 |

**REDACTED**

# STEWART, ESTES & DONNELL, PLC

ATTORNEYS AT LAW
FIFTH THIRD CENTER, SUITE 1401
424 CHURCH STREET
NASHVILLE, TENNESSEE 37219-2392
TELEPHONE (615) 244-6538
TELECOPIER (615) 256-8386
FEDERAL TAX ID NO. 62-0947036

MCA Records, Inc.
Attn: JoAn Cho
2220 Colorado Avenue
Santa Monica, CA 90404

July 28, 2005
Page #: 1
Client: 000409
Matter: 000034
Invoice #: 293003

RE: Bridgeport Music v. MCA Records, et al.
File No: 501-188/0409.0034

For Professional Services Rendered Through July 15, 2005

| Date | Work Performed | Empl | Hours | Amount |
|------|----------------|------|-------|--------|

**REDACTED**

|  |  |  | 0.20 | $60.00 |

| 05/03/2005 | Receipt and review of correspondence from Ms DeSalvo to Mr. Frackman regarding remaining cases in litigation | PMK | 0.20 | $60.00 |

**REDACTED**

143

| Date | Work Performed | Empl | Hours | Amount |
|---|---|---|---|---|
| | REDACTED | | | |
| | REDACTED | | | |
| 05/18/2005 | Receipt and review of plaintiff's motion and memorandum to voluntarily dismiss in case 0838. | PMK | 0.20 | $60.00 |
| 05/18/2005 | Receipt and review of plaintiff's motion and memorandum to voluntarily dismiss in case 0824 | PMK | 0.20 | $60.00 |

Client: 000409
Matter: 000034
Invoice #: 293003

| Date | Work Performed | Empl | Hours | Amount |
|---|---|---|---|---|
| 05/18/2005 | Receipt and review of plaintiff's motion and memorandum to voluntarily dismiss in case 0813 | PMK | 0.20 | $60.00 |

REDACTED

REDACTED

| Date | Work Performed | Empl | Hours | Amount |
|---|---|---|---|---|
| 05/25/2005 | Receipt and review of plaintiff's motion and memorandum to dismiss in case 0840. | PMK | 0.20 | $60.00 |
| 05/25/2005 | Receipt and review of plaintiff's motion and memorandum to dismiss in case 0873. | PMK | 0.20 | $60.00 |
| 05/25/2005 | Receipt and review of plaintiff's motion and memorandum to dismiss in case 0914. | PMK | 0.20 | $60.00 |
| 05/25/2005 | Receipt and review of plaintiff's motion and memorandum to dismiss in case 1104. | PMK | 0.20 | $60.00 |
| 05/25/2005 | Receipt and review of plaintiff's motion and memorandum to dismiss in case 1115. | PMK | 0.20 | $60.00 |
| 05/25/2005 | Receipt and review of plaintiff's motion and memorandum to dismiss in case 1116. | PMK | 0.20 | $60.00 |
| 05/25/2005 | Receipt and review of plaintiff's motion and memorandum to dismiss in case 1126. | PMK | 0.20 | $60.00 |
| 05/25/2005 | Receipt and review of plaintiff's motion and memorandum to dismiss in case 1158. | PMK | 0.20 | $60.00 |
| 05/25/2005 | Receipt and review of plaintiff's motion and memorandum to dismiss in case 1052. | PMK | 0.20 | $60.00 |

**REDACTED**